## United States District Court for the Northern District of Illinois

Case Number: 07CV6600           Assigned/Issued By: J.N.

Judge Name: DER-YEGHIAYAN       Designated Magistrate Judge: COX

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 1115677_____

Date Payment Rec'd: 11-21-07_____      Fiscal Clerk: J.N._____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __1__ copies on __11-21-07__ as to __DEFENDANT__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05