UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Janice Bake
                                    Plaintiff,
v.                                  Case No.: 1:07−cv−06600
                                    Honorable Samuel Der−Yeghiayan
Life Insurance Company of North
America
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2007:

    MINUTE entry before Judge Samuel Der−Yeghiayan: Initial status hearing set for 1/22/2008 at 9:00 A.M. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's chambers three(3) days before the initial status hearing. The Court's standing orders on the Initial Status Report and Joint Jurisdictional Status Report may be obtained from Judge Der−Yeghiayan's web page or from this Court's Courtroom Deputy. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.