IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE BAKE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No.: 07 C 6600 |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) Judge Der-Yeghiayan |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

      Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by its attorneys, DANIEL K. RYAN and PETER E. PEDERSON, respectfully moves this Honorable Court for a 21-day extension of time, up to January 23, 2008, to respond to the complaint, stating as follows:

      1.     In this action, plaintiff has asserted a claim to recover disability benefits under an employee welfare benefit plan, as defined by ERISA, 29 U.S.C. § 1002(1).

      2.     On December 13, 2007, LINA received service of process from the Illinois Department of Insurance. Under the Illinois Insurance Code, service was effective that date, making LINA's response to the complaint due January 2, 2008. LINA seeks a 21-day extension from that date, up to and including January 23, 2008, in which to answer or otherwise plead to the complaint. This time is necessary for defense counsel to obtain the subject administrative record, review it and the allegations of the complaint, and prepare an appropriate response.

3.      For these reasons, LINA respectfully moves this Honorable Court for a 21 day extension of time, up to January 23, 2008, in which to answer or otherwise plead to the complaint.

                                        Respectfully submitted:

                                        LIFE INSURANCE COMPANY
                                        OF NORTH AMERICA

                                        By:  /s/ Peter E. Pederson
                                             One of its Attorneys

Daniel K. Ryan, Esq.
Peter E. Pederson, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 3000
Chicago, Illinois  60601
(312) 704-3000
**Fax:**  (312) 704-3001
dryan@hinshawlaw.com
ppederson@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on December 18, 2007, I e-filed this MOTION FOR ENLARGEMENT OF TIME using the Court's CM/ECF system, which will make copies of available to all counsel of record.

                                        /s/ Peter E. Pederson

### Service List

Mark D. DeBofsky, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200 x4880
FAX (312) 372-2778
E-mail: mdebofsky@ddbchicago.com