IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE BAKE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No.: 07 C 6600 |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) Judge Der-Yeghiayan |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on January 3, 2008, at 9:00 a.m., we will appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in courtroom 1903 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present **Motion for Enlargement of Time.**

| | |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, Illinois 60601<br>312-704-3000<br>Fax: 312-704-3001 | CIGNA LIFE INSURANCE COMPANY OF NEW YORK<br><br>By: s/ Peter E. Pederson<br>One of its attorneys |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on December 18, 2007, I e-filed this notice using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified above.

s/ Peter E. Pederson

6264900v1 7048395