# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JANICE BAKE V. LIFE INSURANCE COMPANY OF NORTH AMERICA | Case Number:<br>07 C 6600 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA

| |
|---|
| NAME (Type or print)<br>Daniel K. Ryan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel K. Ryan |
| FIRM<br>Hinshaw & Culbertson LLP |
| STREET ADDRESS<br>222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, IL  60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196616 | TELEPHONE NUMBER<br>(312) 704-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com