UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Janice Bake
                                        Plaintiff,
v.                                      Case No.: 1:07−cv−06600
                                        Honorable Samuel Der−Yeghiayan
Life Insurance Company of North
America
                                        Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 3, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Defendants' motion for
extension of time to respond to Plaintiff's complaint [8] is granted to and including
01/23/08. Status hearing reset to 01/24/08 at 9:00 a.m. Status hearing set for 01/22/08 is
stricken. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.