## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6600 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Janice Bake vs. Life Ins Co | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 07/30/08 at 9:00 a.m. All discovery shall be noticed in time to be completed by 04/25/08. Dispositive motions are to be filed by 05/23/08. Responses to the dispositive motions, if any, are to be filed by 06/06/08 and replies, if any, are to be filed by 06/13/08.

Docketing to mail notice

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|