# Exhibit A
# Part 2

From:                                                        04/30/2007 14:24    #856 P.002/002

LAW OFFICES

# Daley, DeBofsky & Bryant

55 W Monroe St
Ste 2440
Chicago, Illinois 60603

VOICE (312) 372-5200
FAX  (312) 372-2778
WEB  ddbchicago.com

Frederick J. Daley Jr.
Mark D. DeBofsky
David A. Bryant
Marcie E. Goldbloom
James R. Comerford
Violet H. Borowski
Barbara H. Borowski
Sandra Dye
Gregory A. Benker

Of Counsel
Heather F. Aloe

April 30, 2007

Medha Bharadwaj
Cigna Group Insurance
D212
12225 Greenville Avenue, Ste. 1000
Dallas, TX 75243-9337
**By Facsimile: 860-731-3211**

RE:    Janice Bake
       Policy No.: LK0960120

Dear Ms. Bharadwaj:

With respect to our client, Janice Bake, we are reiterating our demand that we be provided with all evidence obtained prior to a final decision being rendered so that we have the opportunity to comment in advance of the final decision being reached.

If you have any questions, please contact us. Thank you for your attention to this matter.

Very truly yours,

Mark D. DeBofsky
MDD/ms

cc:    Janice Bake

JANICE BAKE
LINA 0442

From:                    ●                    05/1●2007 16:11    #035 P.003/004

MAY-11-2007  09:50     IBJI MEDICAL RECORDS                    P.001



ILLINOIS BONE & JOINT INSTITUTE

THE CENTER FOR
ORTHOPAEDIC SURGERY

WAYNE M. GOLDSTEIN, M.D.
ROBERT M. PATEK, M.D.
JEFFREY L. VISOTSKY, M.D.
DAVID J. RAAB, M.D.
THOMAS F. GLEASON, M.D.
MATTHEW L. JIMENEZ, M.D.
ARMEN S. IGLIKIAN, M.D.
STEVEN A. KODROS, M.D.
GARO J. EMERZIAN, D.P.M.
CRAIG S. WILLIAMS, M.D.
STEVEN M. MARDJETKO, M.D.
ANDREA S. KRAMER, M.D.
JESSE P. BUTLER, M.D.
STEVEN G. SCLAMBERG, M.D.
RAJEEV GARAPATI, M.D.
TARZOON H. BAXAMUSA, M.D.
CHRISTOPHER J. BERGIN, M.D.
ALEXANDER C. GORDON, M.D.
IRA B. KORNBLATT, M.D.
MICHAEL D. KORNBLATT, M.D.
MICHAEL S. LEWIS, M.D.
DOUGLAS R. SOLWAY, D.P.M.

THE CENTER FOR
ARTHRITIS AND
OSTEOPOROSIS

GERALD M. EISENBERG, M.D.
SUSAN B. BROY, M.D.
MARY L. MORAN, M.D.
WILLIAM J. ARNOLD, M.D.
PATRICK T. SCHUETTE, M.D.
ALFONSO E. BELLO, M.D.
JOHN L. SKOSEY, M.D.
ERIN L. ARNOLD, M.D.

9000 WAUKEGAN ROAD
SUITE 200
MORTON GROVE, IL 60053
(847) 375-3000
FAX (847) 829-1190

150 NORTH RIVER ROAD
SUITE 100
DES PLAINES, IL 60016
(847) 375-3000
FAX (847) 296-7176

680 NORTH LAKE SHORE DRIVE
SUITE 1028
CHICAGO, IL 60611
(312) 664-6848
FAX (312) 664-6274

900 WESTMORELAND
SUITE U-72
LAKE FOREST, IL 60045
(847) 375-3000

2401 RAVINE WAY
SUITE 200
GLENVIEW, IL 60025
(847) 998-5680
FAX (847) 998-6365

2101 WAUKEGAN ROAD
SUITE 110
BANNOCKBURN, IL 60015
(847) 914-9096
FAX (847) 914-9009

720 FLORSHEIM DRIVE
LIBERTYVILLE, IL 60048
(847) 247-4000
FAX (847) 573-2431

May 10, 2007

Mr. Mark DeBofsky
Attorney at Law

<u>Via Facsimile (312)372-2778</u>

RE:   BAKE, JANICE
      OFFICE VISIT NOTE
      MRN: 378501
      DOB: 5/16/1949

Dear Mr. DeBofsky:

I am in receipt of your letter regarding the above-named patient. In that letter you asked me whether I agree with opinions given by Cigna Group Disability insurance. In that note, Cigna states that they had a nurse review the information from an EMG with NCV from Dr. Rechitsky, Swedish Covenant Hospital. They are basing her denial of disability based only on the EMG and Dr. Rechitsky's note, which all pertain to her cervical spine. There is no note in that paragraph regarding her thoracic or lumbar spine.

Although I do agree that her cervical spine alone would not necessarily warrant disability, it is really her thoracic spine and to some extent her lumbar spine that limit her ability to work. She does have numbness and paresthesias in her arms as well as some weakness that is consistent both with cervical radiculopathy as well as median and ulnar neuropathies. What really limits her functioning is her thoracic and lumbar spine. She has severe pain in her thoracic spine and that is very well documented in my notes over the last couple of years. She initially saw me for her severe thoracic pain and her inability to sit for more than a few minutes at a time. She has severe degenerative disks with marked kyphosis in her thoracic spine and it is my opinion this will likely need surgical intervention at some point. In my care of her, I also diagnosed her cervical problem, which required surgery, which was a multilevel decompression and fusion of her cervical spine. I believe that her thoracic spine is heading that way and likely her lumbar spine is as well. In my most recent note of April 24, 2007, she came back to visit me with increasing thoracic back pain. I felt it may be a flare up of

JANICE BAKE
LINA 0443

BAKE, JANICE
May 10, 2007
Page 2

her rheumatoid arthritis but certainly she is still symptomatic from her thoracic spine. I had her see one of our rheumatologists to see if she could calm some of those symptoms down because, otherwise, the patient would require a thoracic spinal fusion. Also in my office note of January 30, 2007, she came in with chronic neck pain, upper extremity pain and thoracic back pain. I diagnosed her with a severe diskopathy. In other words, she has bad disks throughout her spine and it was not clear whether this was due to her rheumatoid arthritis or just bad genetics. As you can see, she has a long history of pain in her cervical, thoracic, and lumbar spine and my initial treatment of her was focused on the thoracic spine and not necessarily her cervical spine.

It is my opinion that she is unable to work even in a sedentary capacity, predominantly because of her severe thoracic degenerative disk disease. The contributing factors are her cervical degenerative disk disease and her lumbar degenerative disk disease as well. It is likely in the future she will need surgical intervention for both her thoracic and her lumbar spine. I believe that the decision from Cigna Insurance was based on only a small part of the patient's problem. Although I agree that she can do sedentary work if her issue was only her cervical spine, her most severe complaints are from her thoracic spine and have been since the first time I saw her a few years ago. Unfortunately, they chose only to look at her cervical spine and notes from one doctor. It is my opinion that she is not able to do even sedentary work and that she is permanently disabled.

If there are any questions or concerns, please feel free to contact me at Illinois Bone and Joint Institute.

Sincerely,

*Christopher J Bergin*

Digitally signed by proxy Christopher J. Bergin, M.D.

D: 5/10/2007 9:43:17 AM
T: 5/10/2007 1:33:32 PM

CJB/ksplg JOB 2805588

JANICE BAKE
LINA 0444

TOTAL P.002

LAW OFFICES

# Daley, DeBofsky & Bryant

55 W Monroe St
Ste 2440
Chicago, Illinois 60603

VOICE (312) 372-5200
FAX  (312) 372-2778
WEB  ddbchicago.com

Frederick J. Daley Jr.
Mark D. DeBofsky
David A. Bryant
Marcie E. Goldbloom
James R. Comerford
Violet H. Borowski
Barbara H. Borowski
Sandra Dye
Gregory A. Benker

Of Counsel
Heather F. Aloe

May 4, 2007

Medha Bharadwaj
Cigna Group Insurance
D212
12225 Greenville Avenue, Ste. 1000
Dallas, TX 75243-9337
**SENT BY CERTIFIED MAIL**

RE:    Janice Bake
       Policy No.: LK0960120

Dear Ms. Bharadwaj:

Enclosed please find physical therapy records for Ms. Bake.  As you can see, we requested ~~these~~ from Swedish Covenant Hospital on February 27, 2007, and we finally received them May 3, 2007.  Please consider these records as part of Ms. Bake's appeal.

If you have any questions, please contact our office.  Thank you for you attention to this matter.

Very truly yours,

Mark D. DeBofsky

MDD/ccm
Enclosure

JANICE BAKE
LINA 0445

Michelle Miller Collins

Bake, Janice
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

8/2/06 OPV

4/25/06 OPV

- Started 1 yr Bn
- Last Month worse
- Hfurs
- OStnids

5/2/06 OPV        P5 CO
5/18/06 OPV
7/27/06 OPV
9/7/06 OPV

JANICE BAKE
LINA 0494



### CENTER OF BRAIN AND SPINE SURGERY, SC
JERRY BAUER, MD, FACS
JOHN RUGE, MD, FACS
MARTIN D. HERMAN, MD, PhD, FACS
GEORGE K. BOVIS, MD
Parkside Center - Suite 605
1875 Dempster Street
Park Ridge, IL  60068
---
(847) 698-1088

September 7, 2006

Aremenio Surucci, MD
5140 N. California Ste. 600
Chicago, IL 60625

*Re:  Janice Bake*

Dear Dr. Surucci:

I just had the pleasure of seeing  your patient Ms. Bake today, September 7, 2006.

As you recall, she is a very pleasant 65 year-old female who on January 30, 2006 underwent an anterior cervical discectomy and fusion at C5-6 and C6-7. She returns today for a follow-up.  Overall, she continues to complain of ulnar nerve distribution and tingling, which is unchanged from before surgery.  She has no other complaints.

I reviewed the MRI scan of her brain and cervical spine which are both negative.  There is no evidence of tumor or compression on the spinal cord.

I am quite pleased  with her course at the present time. She has shown complete healing after her anterior cervical discectomy and fusion.

I recommended a follow-up to see me in 3 months time.  Multiple questions were answered. She is quite satisfied.

Thank you again for allowing me to participate in the neurosurgical care of this patient. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

George K. Bovis, MD

GKB:mjs



JANICE BAKE
LINA 0495

**CENTER OF BRAIN AND SPINE SURGERY, SC**
JERRY BAUER, MD, FACS
JOHN RUGE, MD, FACS
MARTIN D. HERMAN, MD, PhD, FACS
GEORGE K. BOVIS, MD
Parkside Center - Suite 605
1875 Dempster Street
Park Ridge, IL  60068
---
(847) 698-1088

July 27, 2006

Aremenio Surucci, MD
5140 N. California Ste. 600
Chicago, IL 60625

Re: Janice Bake

Dear Dr. Surucci:

I just had the pleasure of seeing your patient Ms. Bake today, July 27, 2006.

As you recall, She is a very pleasant 65 year-old female who on January 30, 2006 underwent an anterior cervical discectomy and fusion at C5-6 and C6-7.  She returns to day for a follow-up.  Overall she now has right and occasional right medial arm numbness and tingling.  She has no weakness and no other complaints.

A detailed neurologic examination was performed revealing that she is entirely neurologically intact.  Specifically, cranial nerves are normal.  Pupils are three and reactive.  Cranial nerves 5, 7, 11 and 12 are normal.  Motor examination is normal.

I have recommended that she obtain a follow-up MRI scan of her brain and cervical spine and a visit to see me after these studies are completed, to see if we can assess if that is in fact the etiology and nature of the symptomatology.  Multiple questions answered.  She is quite satisfied.

Thank you again for allowing me to participate in the neurosurgical care of this patient. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

George K. Bovis, MD

GKB:pm

cc:    Christopher Bergin, MD

JANICE BAKE
LINA 0496



## CENTER OF BRAIN AND SPINE SURGERY, SC
JERRY BAUER, MD, FACS
JOHN RUGE, MD, FACS
MARTIN D. HERMAN, MD, PhD, FACS
GEORGE K. BOVIS, MD
Parkside Center - Suite 605
1875 Dempster Street
Park Ridge, IL  60068
---
(847) 698-1088

February 21, 2006

Christopher Bergin, MD
1775 Dempster
Park Ridge, IL  60068

RE:  Janice Bake

Dear Dr. Bergin:

I just had the pleasure of seeing your patient Ms. Bake today, February 21, 2006.

As you recall, she is a very pleasant 65 year-old female who on January 30, 2006 underwent an anterior cervical discectomy and fusion at C5-6 and C6-7.  She returns today for a follow-up. Overall, she reports she is doing quite well.  She has complete relief of her pain. She continues to have mild paresthesias but these have also improved.  She reports she had a recent episode of chest pain for which she required hospitalization.  She has no other complaints.

A detailed neurological examination was performed revealing that she remains neurologically intact. Her incisional looks clean, dry and nicely healed.

I reviewed the x-rays performed in Dr. Bergin's office, which reveal that the spine is in excellent condition as is the instrumentation.

I am quite pleased with her course at the present time. She has shown progressive healing after an anterior cervical discectomy and fusion at C5-6 and C6-7.

I recommended a follow-up to see me in 1 month's time.  In regard to the necessity of an angiogram and anticoagulation, certainly if she needs these tests, she is a candidate.  She certainly can be anticoagulated from a neurosurgeon's perspective.  This was discussed in detail with the patient. She is quite satisfied and will follow-up.

Thank you again for allowing me to participate in the neurosurgical care of this patient.  If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

George K. Bovis, MD

GKB:mjs
Dictated but not read

cc:  Arminio Sirucci, MD
     5140 N California Avenue, Suite 600
     Chicago, IL  60625

JANICE BAKE
LINA 0517

*Michelle Miller*
*CIGNA Group Insurance*
212
12225 Greenville Avenue
Suite 1000
Dallas, TX 75243-9337

Phone: 800-352-0611 ext. 6524
Fax: 860-687-9620



**CIGNA Group Insurance**
Life · Accident · Disability

MS. JANICE BAKE
4922 W BYRON
CHICAGO, IL 60641

November 8, 2006

| | |
|---|---|
| Name: | JANICE BAKE |
| Incident Number: | 1495456 |
| Plan/Policy Number: | LK0960120 |
| Plan/Policy Holder: | CORUS BANKSHARES, INC. |
| Underwriting Company: | Life Insurance Company of North America |

DEAR MS. BAKE,

This letter is regarding your Long Term Disability (LTD) claim. After completing our review of your claim, we are unable to approve your claim for benefits.

Your contract defines disability as follows:

*"An Employee is Disabled if, because of Injury or Sickness,*
*1) he or she is unable to perform all the material duties of his or her regular occupation, or solely because of Injury or Sickness, he or she is unable to earn more than 60% of his or her Indexed Covered Earnings; and*
*2) after Disability Benefits have been payable for 24 months, he or she is unable to perform all the material duties of any occupation for which he or she may reasonably become qualified based on education, training or experience, or solely due to Injury or Sickness, he or she is unable to earn more than 60% of his or her Indexed Covered Earnings."*

We recently completed a review of the information on file. Specifically, this included:
– medical records from Dr. Arnold, Dr. Bergin and Dr. Surucci

Dr. Bovis as of 11/8/06 has not responded to our request for medical records.

1/2006 Anterior Cervical Fusion C5-7, Return to work part time 3/06-6/06. Patient reports numbness/pain in extremities post-op. Diagnosis of Cervical Disc disorder with/Myelopathy.

Dr Bergin notes- 2/21/06 thru 8/22/06 reflects cardiac work up negative. 4/4/06 note reflects symptoms almost completely resolved post-op, some radicular right hand symptoms have returned. MRI shows excellent decompression has DDD through out mid-upper thoracic/no frank cord compression placed in TLSO brace 5/5/06 to work only 4hrs day. All markers for information are normal. 7/11/06 note-degenerative/inflammatory change, pain better with activity, modification/prednisone. 8/22/06 mild radiating pain in to right leg/calf normal heel/toe/consolidating, fusion per x-ray/thoracic x-ray shows auto-fused 5 mid-lower thoracic vertebrae collapsed L4-5 without slip.

Dr Arnold notes 9/27/06- seen for follow-up, complaints of occasional knee pain/some numbness and pain in cervical spine. This doctor does not give any restricts limiting patient's functionality.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

JANICE BAKE
LINA 0518



November 8, 2006
Page 2

Signs/symptoms- Medication- medrol dosepak. Functionality not addressed as physicians did not complete and return physical abilities assessment forms. Return to work plan- worked part time, no full time plan given.

Nurse Claim Manager Assessment- Medical documentation not supportive for restrictions/limitations evidenced by lack of severe functional deficits that would preclude patient from sedentary activities. Full length standing x-ray shows 63 degrees of Kyphosis across Thoracic spine-which is unchanged from prior x-ray of 6 months ago. Right leg pain is mild. Thoracic pain is reported to be improved. Negative Straight Leg Raising, EMG/NCV testing not provided to support any extremity deficits. No spinal range of motion values provided.

At this time we have no medical documentation to support the inability to perform your sedentary occupation, therefore no benefits are payable and the claim has been closed.

If you disagree with our determination and intend to appeal this claim decision, you must submit a written appeal. This appeal must be received by us within 180 days of receipt of this letter and should be sent to the Life Insurance Company of North America representative signing this letter to the address noted on the letterhead.

You have the right to submit written comments as well as any new documentation you wish us to consider. If you have additional information, it must also be sent for further review to the address noted on this letterhead, within 180 days of receipt of this letter.

Additional information includes, but is not limited to: physician's office notes, hospital records, consultations, test result reports, therapy notes, physical and/or mental limitations, etc. These medical records should cover the period of June 21, 2006, through present.

Under normal circumstances, you will be notified of a decision on your appeal within 45 days of the date your request for review is received. If there are special circumstances requiring delay, you will be notified of the reason for delay within 30 days of receipt of your request, and every 30 days thereafter. A final decision will be made no later than 90 days.

You have the right to bring a legal action for benefits under the Employee Retirement Income Security Act of 1974 (ERISA) section 502(a) following an adverse benefit determination on appeal.

Nothing contained in this letter should be construed as a waiver of any rights or defenses under the policy. This determination has been made in good faith and without prejudice under the terms and conditions of the contract, whether or not specifically mentioned herein. Should you have any information which would prove contrary to our findings, please submit it to us. We will be pleased to review any information you may wish to submit.


Part 919 of the Rules and Regulations of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at:
100 W. Randolph St, Ste 15-100
Chicago, IL 60601
and in Springfield at:
320 West Washington St.
Springfield, IL 62767

Please contact our office at 800-352-0611 ext. 6524 should you have any questions.

Sincerely,



Michelle Miller
Disability Claim Manager

**Miller, Michelle A    212**

| | |
|---|---|
| **From:** | Miller, Michelle A    212 |
| **Sent:** | Wednesday, November 08, 2006 3:00 PM |
| **To:** | Jenkins, Sondra C    212 |
| **Subject:** | Janice Bake |

I have denied her LTD

Thanks

*Michelle Miller*
*LTD Claim Manager*
*800-352-0611 ext 6524*
*1-860-687-9620 fax*

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2006 by CIGNA.

JANICE BAKE
LINA 0520

## Claim Direction Staffing Form

**Please complete the sections that are applicable for the staffing purpose**

### Claim Information:

| | | | |
|---|---|---|---|
| Staffing Date: | 11/3/6 | Case Manager: | M. Miller |
| Cx Name: | Janice Bake | SSN: | 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 |
| DOB/Age: | | Height/Wt: | |
| Employer | Corus Bankshares | Occupation: | VP Operations |
| Incur Date: | LDW ~~??~~ 6/30/6 | Date of Hire: | 3/10/25 |
| | | Employment term Date: | |
| BSD or AO Date: | | Claim Received Date: | |
| Prior Claim ? | | MI Max date: | |

Diagnosis/ICD 9 code:

Status:    II__ Ongoing _____    A/O _____    Appeal _____    Pre-Ex _____

Does the employer have any of the following? (Y/N)  ___ ___ EAP ___LAP ___DSCC

Has the clmt elected CHC as health insurance?

| Date of Last Disclosure Auth: | | Wage requirement (monthly salary amount): | |
|---|---|---|---|

| | |
|---|---|
| Specific staffing questions that need to be addressed : | See prior NCM IRR in file |

### Vocational / Occupational History:

| Occupational requirements (DOT MUST BE ON FILE & TABBED) | | |
|---|---|---|
| X Sedentary    ☐ Light  ☐ Medium   XX☐ Heavy   ☐ Very Heavy | | |
| Policy definition of disability please check: Own Occ ___ Any Occ ___, Other: | | DOT on file: __yes_ |
| Training/Education/Experience | Dominant hand: | VRC assigned: ____Yes ____ No |

### Medical / Offsets:

| Treating Physicians (name, specialty, initial & LOV, frequency): | | | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Specialty | Initial OV | LOV | TX | PAA? | R | L |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Projected RTW Date and Provider:

CGT Guidelines:

JANICE BAKE
LINA 0521

1

# Claim Direction Staffing Form

## Please complete the sections that are applicable for the staffing purpose

| Other Benefits: | ☐ STD | ☐ WC | ☐ SSDI | ☐ SSR | ☐ Pension | ☐ Other |
|---|---|---|---|---|---|---|

## Comments/ Review outcome/Rationale/Plan:

See prior NCM IRR in file

MD_____  (NCM)_____  VRC_____

11/3/6 NCM reviewed new med documentation rec'd - notes from Dr Surucci. These notes do not chge prior med decision. There is no EMG/NCV testing provided to support any grip deficit of a severe nature which would preclude sedentary duties. Donna Simmons, RN 11/3/6

### Future Claim Direction:

| | |
|---|---|
| F/U Medical _____ | SSDI _____ |
| VOC Rehab _____ | W/C _____ |
| SIU _____ | Other _____ |

## Parties in Attendance:

Please list printed staffing participant names with signatures:

1. Donna Simmons RN 11/3/6
2.
3.
4.
5.

JANICE BAKE
LINA 0522

2

# Claim Direction Staffing Form

**Please complete the sections that are applicable for the staffing purpose**

**Date:**_____

From:                                           04/09/2007 14:02    #574 P.001/001

# DALEY, DEBOFSKY & BRYANT

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Michelle Miller | Mark DeBofsky |
| **COMPANY:** | **DATE:** |
| CIGNA Group Insurance | 4/9/07 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 860.687.9620 | 1 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| | |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Janice Bake-LTD Appeal | Policy No. LK960120 |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

We are writing regarding our appeal letter of April 5, 2007. Please be advised that there is a typographical error in the second paragraph on page four (the claimant's name is listed erroneously as Ms. Lawrence rather than Ms. Bake). We apologize for this error and any inconvenience it may have caused.

If you have any questions, please contact our office. Thank you for your attention to this matter.

JANICE BAKE
LINA 0573

LAW OFFICES



# Daley, DeBofsky & Bryant

55 W. Monroe St.
Suite 2440
Chicago, Illinois 60603

VOICE (312) 372-5200
FAX  (312) 372-2778
WEB  ddbchicago.com

Frederick J. Daley Jr.
Mark D. DeBofsky
David A. Bryant
Marcie E. Goldbloom
James R. Comerford
Violet Borowski
Barbara Borowski

Of Counsel
Heather F. Aloe

April 5, 2007

Michelle Miller
Disability Claim Manager
CIGNA Group Insurance
12225 Greenville Avenue
Suite 1000
Dallas, TX 75243-9337
**Via Certified Mail**

RE:    Janice Bake
       Policy No.: LK0960120

Dear Ms. Miller:

We hereby appeal CIGNA's decision dated November 8, 2006 to deny Ms. Janice Bake's Long Term Disability (LTD) claim. In addition to the evidence already in the claim file, the evidence and arguments submitted with this appeal should convince LINA that benefits are due, along with interest at the Illinois statutory rate of 9% pursuant to 215 ILCS 5/357.9.

Ms. Bake began working at Corus Bank in 1975. After being diagnosed with cervical spondylosis and herniated discs at C5-6 and C6-7, in January 2006 Ms. Bake underwent an anterior cervical diskectomy and fusion at C5-6 and C6-7. Subsequently, Ms. Bake was so motivated to return to work that she attempted to transition back to work after first working at home part-time and at work part-time while she was undergoing therapy. However, due to persistent severe pain in her back, neck, and arms she was forced to cease working altogether on June 20, 2006. Her job as the First Vice President Operations Analysis required that she be able to sit and/or stand for long periods of time and to travel to other locations, both local and nationwide.

As an employee of Corus Bank, Ms. Bake was a participant in a long term disability policy numbered LK-960120 (the "Plan"). The policy defines disability as follows:

    An Employee is Disabled if, because of Injury or Sickness,

JANICE BAKE
LINA 0574



Janice Bake Appeal Letter
April 5, 2007
Page 2 of 7

1) he or she is unable to perform all the material duties of his or her regular occupation, or solely because of Injury or Sickness, he or she is unable to earn more than 60% of his or her Indexed Covered Earnings; and

2) after Disability Benefits have been payable for 24 months, he or she is unable to perform all the material duties of any occupation for which he or she may reasonably become qualified based on education, training or experience, or solely due to Injury or Sickness, he or she is unable to earn more than 60% of his or her Indexed Covered Earnings.

A report by Igor Rechitsky, M.D., a neurologist at Swedish Covenant Hospital, documents Mr. Bake's worsening carpal tunnel syndrome. For about two to three weeks prior to her visit with Dr. Rechitsky on October 24, 2006, Ms. Bake had been experiencing numbness in her hands, particularly in her left hand, with the numbness spreading to her forearms. Dr. Rechitsky's Follow Up Note states that upon examination, she demonstrated "bilaterally positive Tinel sign, more on the left." The follow up conduction studies demonstrated interval worsening of median conduction across the left wrist when compared to a 2005 study. Dr. Rechitsky concluded that Ms. Bake's carpal tunnel syndrome had worsened, and he also thought that mild underlying diabetic polyneuropathy was a likely contributor.

Ms. Bake's orthopedic surgeon, Christopher Bergin, M.D., has documented the severity of the pain that exists throughout the body, especially in her thoracic spine. On April 14, 2006, in a letter to George Bovis, M.D., Dr. Bergin reported that Ms. Bake's x-rays demonstrated that the degenerative changes of her discs looked worse. On April, 21, 2006, Ms. Bake saw Dr. Bergin complaining of thoracic back pain. Physical examination demonstrated tenderness and extenuation of her upper thoracic kyphosis. Dr. Bergin prescribed a TLSO brace, which provided her with little relief. Examination on May 16, 2006 demonstrated pain around her mid-thoracic spine. On July 11, 2006, while her pain had slightly improved, she had a great deal of degenerative and inflammatory changes in her thoracic spine, and on physical examination she had increased thoracic kyphosis. On August 22, 2006, Dr. Bergin reported that "she is unable to perform her job duties and this may be permanent."

In a CIGNA Disability Management Solutions Medical Request Form dated September 12, 2006, Dr. Bergin reported Ms. Bake's diagnosis as cervical radiculopathy with myelopathy and thoracic kyphosis. He reported that Ms. Bake was unable to look forward for more than one-half hour at a time which prevented her from using a computer and keyboard, and he reported that she needed to change positions frequently. He concluded that she was unable to perform the duties of her job. Upon physical examination on November 3, 2006, Dr Bergin noted that Ms. Bake had a "remarkable tremor." She also had a positive Romberg sign and was very unsteady when she walked. Dr. Bergin stated that "what bothers me more than anything about her is her overall neurological status." He noted an "overriding neurological problem" in her neck and "severe thoracic back pain," which he reported might require surgical intervention in the future. He also stated that he "did not think there is any way she would be able to hold a job at this point...." Dr. Bergin examined Ms. Bake again on January 12, 2007. He reported that she had increasing pain in her neck that radiated to both scapulae and down her right arm to all of her fingers. X-rays demonstrated "her usual severe thoracic degenerative changes and some lumbar spondylosis

JANICE BAKE
LINA 0575

Janice Bake Appeal Letter
April 5, 2007
Page 3 of 7

as well." Upon physical examination on January 30, 2007, Dr. Bergin noted thoracic and lumbar spine tenderness. He also noted a diagnosis of cervical myelopathy as well as severe degenerative arthritis of her thoracic spine. He further reported Ms. Bake's thoracic spine showed severe degenerative changes, along with bulging and herniated discs at multiple levels of the thoracic and cervical spine, which had not progressed since her last MRI. He added that the "cervical, thoracic and lumbar spine are all problems." There was also "severe diskopathy" affecting all of the spinal discs and which he characterized as "a disabling problem" raising doubt as to whether "she will ever be able to work in any capacity." He suggested that surgical intervention in the future (the record says "cervical" but clearly means "surgical") would be likely for the thoracic spine and possibly for the lumbar spine as well.

We have also previously provided physical therapy records from Swedish Covenant Hospital that further corroborate Dr. Bergin's findings and demonstrate a near-complete loss of functionality. In addition, Dr. Surucci's records, which were submitted after the claim decision was rendered, further corroborate Dr. Bergin's reports and the other evidence of record, including the findings made by Dr. Rechitsky. We also enclose a form completed by Ms. Bake under penalty of perjury in relation to her social security disability claim which documents her severe pain and fatigue due to pain interfering with sleep. Ms. Bake documents inability to perform activities of daily living and needs assistance in ambulating. She further documents the difficulties she has performing basic household chores; and she also documents very poor balance. All of this evidence is uncontradicted or diminished in any respect by any other evidence in the record.

First of all, it should be noted that CIGNA's denial letter is deficient. The ERISA regulations, at 29 C.F.R. §2560.503-1(g)(i), require that the notification of benefit determination must set forth "the specific reason or reasons for the adverse determination" "in a manner calculated to be understood by the claimant...." While the denial letter sets forth a multitude of medical evidence, the review of the medical evidence is extremely fragmented, making it difficult to ascertain whatever reasons CIGNA has given for denying the claim. Indeed, CIGNA never articulated a coherent basis for denying benefits.

However, it does appear that CIGNA put undue weight on the absence of any EMG/NCV testing supporting any extremity deficits even though no such evidence is mandatorily required. An NCV was performed on October 25, 2006, and we submitted the results of that test on February 21, 2007. When compared with a 2005 study, while the NCV demonstrated a stable appearance of the left ulnar neuropathy at the elbow, it also demonstrated an interval worsening of the left median neuropathy at the wrist. CIGNA had a nurse claim manager review the results of the NCV. The nurse noted there was no evidence of decreased grip. However, an inability to grip is not a prerequisite to a finding that a claimant is unable to perform sedentary work. Indeed, Dr. Bergin stated that Ms. Bake could not perform her job because her inability to look forward to more than one-half hour prevented her from using the computer and keyboard and she could not sit and/or stand for long periods of time.

Moreover, CIGNA was in no position to deny Ms. Bake's claim as it never even had her claim file reviewed by a physician. In *Glenn v. MetLife*, 461 F.3d 660, 671 (6th Cir. 2006), the Sixth Circuit stated that a simple independent review of a claimant's file without an examination is not

JANICE BAKE
LINA 0576

Janice Bake Appeal Lett
April 5, 2007
Page 4 of 7

per se arbitrary, but it is a factor that supports a finding that the claimant did not receive a full and fair review. Here, not only did CIGNA not have her claim file independently reviewed but it also did not have her claim file reviewed by a physician. The most CIGNA did was have an assessment performed by a nurse claim manager.

Nor was it appropriate that the claim was denied based solely on a nurse's recommendation when the claimant's treating physician, Dr. Bergin, a board certified orthopedic surgeon, certified Ms. Lawrence's disability. According to *Gellerman v. Jefferson Pilot Financial Insur.Co.*, 376 F.Supp.2d 724 (S.D.Tex. June 28, 2005), a review by a nurse is insufficient. *Also see, Holzschuh v. UNUM*, 2002 U.S.Dist.LEXIS 13205 (E.D.Pa. July 17, 2002)(court was troubled by the insurer's use of nurses and non-treating, non-examining physicians to deny the insured's claim). Likewise, *Hillock v. Continental Casualty Co.*, 2004 U.S.Dist.LEXIS 3907 (N.D.Ill. Mar. 1, 2004), a case we litigated, is a case that shares remarkable similarity with this case and points out that restrictions comparable to those supplied by the treating doctors in this case preclude reliable and consistent work. *Hillock* is also significant for its criticism of the insurer's finding which lacked support from either an independent examination or review of the file by a physician. *Accord, Billings v. Continental Casualty*, 2003 U.S.Dist.LEXIS 796 (N.D.Ill. Jan. 21, 2003).

All of this information consistently adds up to a picture of someone who is completely unable to maintain work activity. We invite you to examine the reported decision in a case very similar to Ms. Bake's - *Swintek-Hallinan v. Unum Life Insur.Co. of America*, 2005 U.S.Dist.LEXIS 13458 (D.Minn. 7/6/2005). Like Ms. Bake, Lemley, Ms. Swintek-Hallinan suffered from a chronic degenerative spinal impairment that progressively worsened until she had to cease working. Another similarity is that the plaintiff in that case struggled to stay at work by taking a variety of narcotic and non-narcotic medications. Finally, Ms. Swintek-Hallinan had to cease working when her symptoms became too severe. After the disability insurer denied the claim, the claimant appealed; and the court ruled that benefits were due. The court found that the record "documents a woman who has been struggling with chronic back pain for almost two decades and whose condition has steadily worsened over that period of time, until April 2004 when she was unable to work at all, which is thoroughly documented by her treating physician." *13. Consequently, the court found that Unum's benefit denial was arbitrary and capricious and ordered the payment of benefits. There is no meaningful difference between that description and the facts presented here.

*Swintek-Hallinan* is by no means the only reported decision to conclude that claimants suffering from severe, chronic pain such as Mr. Lemley are entitled to a disability award. Another case from Minnesota reaching the same conclusion as *Swintek-Hallinan* is *Haberman-Hall v. Continental Assurance Company*, 2003 U.S.Dist.LEXIS 6310 (D.Minn. 4/4/03), a disability benefit claim involving a claimant who was in constant severe pain due to a spinal impairment. There, too, the court ruled the insurer could not simply disregard the pain complaints in the absence of any contrary examination results. Likewise, *Godfrey v. BellSouth Telecomms., Inc.*, 89 F.3d 755, 759 (11th Cir. 1996) held that the decision to deny disability benefits was arbitrary where the insurer ignored the side effect of drowsiness caused by the claimant's pain medication, and found:

Janice Bake Appeal Letter
April 5, 2007
Page 5 of 7

> It seems to the court that the only rational explanation for the failure of the defendant's physicians to follow up on evidence which they did have and to ignore the effects of the medications that the plaintiff was taking is that *they knew that in fact the plaintiff was disabled* and following up leads and considering the effect of the medications would only confirm what any reasonable doctor would have already known. (original emphasis).

Also see, *Flanigan v. Liberty Life Assur. Co. of Boston*, 277 F. Supp. 2d 840, 844 (S.D. Ohio 2003) ("The fact that Plaintiff is on many strong medications [including Neurontin] is objective evidence that she is indeed chronically disabled."). Accord, *Sabatino v. Liberty Life Assurance Co. of Boston ("Sabatino I")*, 286 F. Supp. 2d 1222, 1231 (N.D. Cal. 2003). Moreover, in *Adams v. Prudential Insur.Co. of America*, 2003 U.S.Dist.LEXIS 15591 (N.D.Ohio 9/9/03), the court ruled that although the insurer considered the claimant's pain complaints, it failed to assess the effect of her medications, which would reduce concentration and the ability to work. Thus, a benefit denial was overturned. *Smith v. Continental Casualty Co.*, 276 F. Supp. 2d 447 (D.Md. 8/4/03) is yet another instructive ruling. There, the court explained:

> No test can measure how much pain a person feels. Indeed, each person's experience of pain is unique.

> *                *                *

> The evidentiary assessment of pain cannot reasonably differ whether a claimant seeks disability benefits under a private plan of insurance or under the public scheme of social security. *Willis v. Baxter Int'l, Inc.*, 175 F. Supp. 2d 819, 833 (W.D.N.C. 2001); *Palmer v. Univ. Med. Group*, 994 F. Supp. 1221, 1233 (D. Or. 1998), *abrogated on other grounds by Hensley v. Northwest Permanente P.C. Retirement Plan & Trust*, 258 F.3d 986, 994-95 (9th Cir. 2001). Proof is proof. Thus:

> Once an underlying physical or mental impairment that could reasonably be expected to cause pain is shown by medically acceptable objective evidence, such as clinical or laboratory diagnostic techniques, the [plan administrator] must evaluate the disabling effects of a disability claimant's pain, even though its intensity or severity is shown only by subjective evidence. If an underlying impairment capable of causing pain is shown, its intensity can, by itself, support a finding of disability. Objective medical evidence of pain, its intensity or degree (i.e., manifestations of the functional effects of pain such as deteriorating nerve or muscle tissue, muscle spasm, or sensory or motor disruption), if available, should be obtained and considered. Because pain is not readily susceptible to objective proof, however, the absence of objective medical evidence of the intensity, severity, degree or functional effect of pain is not determinative.

*Hyatt v. Sullivan*, 899 F.2d 329, 337 (4th Cir. 1990). Because a claimant need not present clinical or diagnostic evidence to support the severity of pain, a plan



administrator cannot discount self-reports of disabling pain *solely* because the objective medical evidence does not fully support them. *Hawkins v. First Union Corp. Long-Term Disability Plan*, 326 F.3d 914, 919 (7th Cir. 2003); *O'Donnell v. Barnhart*, 318 F.3d 811, 816 (8th Cir. 2003); *Light v. Soc. Sec. Admin.*, 119 F.3d 789, 792 (9th Cir. 1997). "'Excess pain' is, by definition, pain that is unsupported by objective medical findings." *Cotton v. Bowen*, 799 F.2d 1403, 1407 (9th Cir. 1986).

In addition to objective medical evidence, an evaluation of the vocational impact of pain must also consider: the claimant's work history; observations of the claimant by third parties, such as coworkers and superiors; the professional opinion of treating and examining physicians; the claimant's history of pain management and drug therapy; the dosage, effectiveness, and side effects of medications; the claimant's reputation for truthfulness; the consistency (or lack thereof) in the claimant's own statements; the congruity (or lack thereof) between the reported symptoms and the claimant's daily activities. *O'Donnell*, 318 F.3d at 816; *Light*, 119 F.3d at 792; *Palmer*, 994 F. Supp. at 1233. The last merits particular scrutiny. *See Mickles v. Shalala*, 29 F.3d 918, 921 (4th Cir. 1994) (Hall, J., announcing and concurring in the judgment) ("The only fair manner to weigh a subjective complaint of pain is to examine how the pain affects the routine of life."). *12 - *16

Although the *Smith* ruling was overturned apparently due to the district court's over-reliance on the Social Security regulations, in this Circuit, our Court of Appeals has deemed the concepts utilized in Social Security claims "instructive." *Halpin v. W.W. Grainger, Inc.*, 962 F.3d 685, 695 n.11 (7th Cir. 1992). Thus, according to *Carradine v. Barnhart*, 360 F.3d 751, 755 (7th Cir. 2004), aggressive and consistent treatment for pain is indicative of the credibility of the claimant and cannot simply be disregarded as "subjective." *Also see, Mullaly v. Boise Cascade Corporation Long Term Disability Plan*, 2005 U.S. Dist. LEXIS 387 (N.D. Ill., Jan. 11, 2005), a disability benefits case we litigated, which cited *Carradine* as support for a conclusion under the ERISA law that the claimant's pain and the narcotic medication she was required to take supported the claim for disability benefits.

Finally, when Ms. Bake's age of 57 (dob 5/16/49) and realistic vocational capabilities are taken into consideration, as they must be according to *Demirovic v. Building Service 32B-J Pension Fund*, 467 F.3d 208 (2nd Cir. 2006), it is plainly evident that Ms. Bake qualifies for benefits. In *Demirovic*, the Second Circuit held that the plan administrator's decision to terminate benefits without having determined whether the claimant could in fact find sedentary work was arbitrary and capricious. *Id.* The Second Circuit stated that

The Fund's determination that Demirovic is *physically* capable of performing some form of sedentary work may be supported by substantial evidence; but the Fund appears to have given no consideration whatsoever to whether Demirovic could in fact find such sedentary work. This is not an abstract concern. Demirovic is in her late fifties; she has worked as an unskilled manual laborer for nearly thirty years; and her facility with the English language is sufficiently limited that

JANICE BAKE
LINA 0579

Janice Bake Appeal Letter
April 5, 2007
Page 7 of 7

she required her son to act as a translator during her examination by Dr. Brown.

*Id.* at 212-213. Although Ms. Bake, unlike Ms. Demirovic is not an unskilled worker, her age remains an important vocational factor. This was further pointed out in *Poulos v. Motorola Long Term Disability Plan*, 93 F.Supp.2d 926, 932 (N.D.Ill. 2000), where the court stated that it was "downright unreasonable" for Motorola to conclude that Ms. Poulos, at age 59 with her physical limitations, job skills, and employment history, was employable. When age is added to Ms. Bake's extensive physical limitations, it is clear that she is unable to perform her own occupation or any other occupations for that matter.

The foregoing presentation clearly demonstrates that Ms. Bake is unable to perform all the material duties of her occupation. Accordingly, we demand that CIGNA pay LTD benefits immediately along with interest due at the rate of 9% pursuant to 215 ILCS 5/357.9 if this benefit is insured or 5% based on the Illinois interest rate for monies owed. If any additional records, reports or other evidence is obtained as part of the review of this submission, we request that you provide copies to us for comment prior to the issuance of a final decision in accordance with the authority of *Abram v. Cargill, Inc.*, 395 F.3d 882 (8th Cir. 2005), which held that the failure to share evidence developed during the appeal with a claimant justified remand; *also see Harris v. Aetna Life Insur.Co.*, 379 F.Supp.2d 1366 (N.D.Ga. 2005)(same); *White v. Reliance Standard Life Ins.Co.*, 2007 U.S.Dist.LEXIS 4633 (N.D.Ga. Jan. 22, 2007).

We look forward to receiving your determination.

Very truly yours,

Mark D. DeBofsky
MDD/ms

cc:    Janice Bake

JANICE BAKE
LINA 0580

**ILLINOIS DEPARTMENT OF HUMAN SERVICES**
**OFFICE OF REHAB SERVICES, DISABILITY DETERMINATION**
P.O. Box 19250 ● Springfield, Illinois 62794-9250
Carol L. Adams, Ph.D., Secretary ● Ann P. Robert, Deputy Director

October 16, 2006

JANICE B BAKE
4922 W BYRON
CHICAGO IL 60641

Call Adjudicator: MELINDA RIDDLE
Telephone: 800 225-3607 Ext: 28652
TTY: 800 362-7754 (for persons who are deaf or speech impaired only)



**Fax your report to 1-866-778-4959.**
**Use this page as your fax cover sheet.**
**OR**
Mail your report by sliding this page into the
attached window envelope with the address
showing. It is pre-addressed to the correct location.
**THIS PAGE MUST BE THE TOP PAGE OF
YOUR REPORT WHETHER YOU FAX IT OR
MAIL IT.**

SSA
S16 Springfield, IL DDS
P.O. Box 8701
London, KY 40742-9800

RQID 1089688382J95937    SITE: S16 DR: S
SSN 325446457 DOCTYPE: 0050 RF: D CS: 8ca9

*108968838 2*

G:22-855
Enclosures: envelope
N25    FI34D

Claim #: J95937
IL:488-2171

JANICE BAKE
LINA 0581

Bureau of Disability Determination Services
Post Office Box 19250
Springfield. Illinois 62794-9250

Claim #: J95937
Applicant: JANICE B BAKE
Adjudicator: MELINDA RIDDLE

## ACTIVITIES OF DAILY LIVING QUESTIONNAIRE
## FOR PHYSICAL IMPAIRMENTS.

The answers to these questions will help us determine whether your condition is disabling within the meaning of the law. Please fully explain your answers wherever possible by giving descriptions and examples. If you need more room for your answers. you may use the reverse side of this questionnaire. We appreciate your cooperation in this matter.

**ANSWER ONLY THOSE QUESTIONS THAT ARE RELATED TO YOUR MEDICAL CONDITION.**

## USING YOUR ARMS AND HANDS

1. Please describe any problems you have (i.e., pain, fatigue. weakness, and need for assistance) with any of the following activities:

   a. Using kitchen tools (utensils, can opener, knives, etc.) to prepare a simple meal and feed yourself:
   *I try to eat a cooked for my family & friends. I cooked almost everyday and cook a few large gatherings. I can't do it anymore because of the*

   b. Opening twist lids on jars of food packages: *pain & loss of feeling in my hands. I don't have the strength or traction to open some of the power. If I try to use a tool I can open some but I have to sometimes rest*

   c. Turning pages of a newspaper or book or sorting and filing papers: *get help with zip bags. It is difficult to turn pages or sorting papers due to the loss of feeling in my hands & fingers. I have to have someone double check by me also*

   d. Dialing the phone, picking up a coin, using a pen or pencil: *when paying because of poor sometimes I let the coin lay on th phone feeling in my fingers. I have tingling in my face & pain in my jaw & neck can't tell if I'll move it or not or drop it all*

   e. Dressing (i.e., buttoning, zipping, tying shoes): *(over) Poor feeling, pain in back hips, legs, makes it difficult to perform these tasks.*

   f. Personal hygiene (washing, combing your hair, brushing your teeth, etc.):
   *I had to cut my hair short because of not being able to pull & brush through my hair. pain in my shoulder & dropping it more*

   g. Carrying bags or groceries, a basket of laundry, or taking out the trash: *frequently pain in m lifting & carrying of anything is minimal because of face & shoulder pain in my back shoulders & neck have to do*

2. Please describe any problems you have reaching overhead or above waist level: *(over) The pain in my shoulder & back up into my neck limits my ability to reach up. Stiffness in my back & arms & the neck makes I couldn't maintain my*

## STANDING AND MOVING ABOUT
*It pained as well. I couldn't maintain my long hair because of the pain in reaching or pulling the*

1. Please describe any problems you have such as pain (describe where the pain is), shortness of breath, *brush* fatigue. weakness, need for assistance and how often you do any of the following:
*I have severe pain in my back. It often travels to my chest. The pain in my jaw & tingling in my face is often unbearable I have stiffness & severe pain in my hips which often travels down my legs & tingling in my feet. The loss of feeling in my ___ fingers, hands & up my arms is frustrating and it makes it difficult ___ almost impossible t perform daily tasks*

G:22-85

* 1 0 8 9 6 8 8 3 8 2 *

JANICE BAKE
LINA 0582

BAKE, JANICE
September 27, 2006
Page 2

physical therapy's work with her.  I have also given her a Medrol Dosepak to see if this can quiet down her symptoms.

SUBJECTIVE:  The patient is here today for a followup visit.  She has been doing well. She has been working aggressively with physical therapy.  The only new symptom she has now is pain along the distribution of her IT band and occasionally in her anterior shin.  She has noted no erythema, warmth or swelling in her knee but does note that she does occasionally have some knee pain and some back pain.  She has still been bothered by some numbness and pain from her cervical spine.

OBJECTIVE:  On her examination, she has a blood pressure of 110/70 and a pulse of 72.  She is well-appearing.  She has no facial rashes.  She has anicteric sclerae.  She is in no respiratory distress.  She is an obese female.  She has tenderness to palpation along her right IT band, greater trochanter and lateral shin.  She has joint line tenderness in her knee.  No erythema, warmth or swelling in her suprapatellar bursa or popliteal fossa.  With extension of her leg and stressing of her IT band with dorsiflexion, she does get redistribution of her symptoms.  She has no pain with internal and external rotation of her hip and a negative straight leg lift.

Included within her chart are the results of her bone density examination from 2006 showing a T-score in her right femoral neck of -0.6, total T-score of 0.7, and total T-score in her lumbar spine of 0.4.

If you need additional information regarding the future care or management of this patient, please do not hesitate to contact me.

Sincerely,

Digitally signed by proxy Erin L. Arnold, M.D.

D: 9/27/2006 1:17:44 PM
T: 9/28/2006 1:07:09 PM

ELA/kstsm JOB 1908418

JANICE BAKE
LINA 0627

# Advocate Lutheran General Hospital



cc:  Christopher Bergin, M.D.
     Christopher Bergin, M.D.

**ATTENDING SURGEONS:**
CHRISTOPHER BERGIN, M.D.

**COSURGEON:**
GEORGE BOVIS, M.D.

**PREOPERATIVE DIAGNOSIS:**
CERVICAL MYELORADICULOPATHY, C5-6 AND C6-7.

**POSTOPERATIVE DIAGNOSIS:**
CERVICAL MYELORADICULOPATHY, C5-6 AND C6-7.

**OPERATION PERFORMED:**
1.  ANTERIOR CERVICAL DISKECTOMY WITH DECOMPRESSION OF NERVE ROOTS AND SPINAL
    CORD AT C5-6 AND C6-7.
2.  ANTERIOR FUSION, C5-6 AND C6-7.
3.  ANTERIOR INSTRUMENTATION, C5 TO C7, WITH USE OF ATLANTIS PLATE.
4.  STRUCTURAL ALLOGRAFT PLACEMENT, C5-6 AND C6-7.
5.  USE OF GRAFTON PUTTY.
6.  SOMATOSENSORY MOTOR EVOKED POTENTIALS.
7.  USE OF OPERATING MICROSCOPE.
8.  FLUOROSCOPY.

**BRIEF HISTORY AND OPERATIVE INDICATIONS:**
This is a 56-year-old woman who presents with a complaint of neck pain
radiating to both upper extremities, numbness in both hands, and some gait
disturbances.  Imaging studies show severe degeneration, C5-6 and C6-7 with
nerve root and spinal cord compression.  Diagnosis of cervical
myeloradiculopathy was made.  The patient's diagnosis, prognosis and
treatment options discussed with her.  A second opinion was obtained with Dr.
Bovis of neurosurgery who agreed and we will do this operation together.
Risks and complications were discussed and informed consent was obtained.

**OPERATIVE REPORT:**
The patient was brought to the operating room on 01/30/2006, at which time
general endotracheal anesthesia was established by the anesthesia service.
This was done with awake fiberoptic intubation.  Prophylactic antibiotics
were given.  Leads for SSEP and motor evoked potentials were placed.  The

Christopher Bergin, M.D.
**DICTATED BY:** Christopher Bergin, M.D.
DD: 01/31/2006 DT: 01/31/2006 TD: 17:32 TT: 22:12 K#: 77729/MEDQ

BAKE, JANICE
MRN#:  001195017
ACCT#:  319990198
DATE OF SURGERY:  01/30/2006
ROOM:  432C
SVC:  SGP

REPORT OF OPERATION

JANICE BAKE
LINA 0628

# Advocate Lutheran General Hospital

**PAGE 2**

patient was placed supine on the radiolucent table. Roll was placed between her shoulders and her head was placed on the doughnut. Care was taken not to overextend her neck. Her alignment was checked on fluoroscopy. Somatosensory evoked and motor evoked potentials were monitored throughout the case and there was no change. Neck was prepped and draped in the usual sterile fashion. Skin incisions were made over the body of C6. Subcutaneous tissue was dissected down to platysma which was split in line with the incision. The fascia over the sternocleidomastoid was split using a tenotomy scissors. Blunt finger dissection was carried down to the prevertebral fascia which was again split with a tenotomy scissors. A spinal needle was placed in the C5-6 disk for localization. The longus colli muscles were then mobilized using Bovie electrocautery and the self-retaining retractors were placed underneath the longus colli. Distraction posts were placed in C5, C6 and C7. The C5-6 disk was approached first. Disk distraction was placed across that disk space. The operating microscope was prepped and draped into the field in normal fashion. An annulotomy was performed using a 15 blade. A disk rongeur was used to remove as much disk as possible. A combination of curets was used to remove the cartilaginous endplate back to the posterior annulus. Some more distraction could be placed. There were large osteophytic spurs and these were burred down using a bur. The rest of the posterior annulus was removed using a micro-Decker rongeur. A Rhoton #6 was then used to get behind the posterior longitudinal ligament and a 1-mm Kerrison was used to remove the posterior longitudinal ligament. Then 2-mm Kerrison was used to remove the osteophytes from the back portion of the disk space and out into the foramen. Foraminotomies were performed bilaterally. The nerve hook could then easily be placed out the foramen bilaterally and behind the bodies. Gelfoam was placed in this disk space. Distraction was then placed across the C6-7 disk and then diskectomy was performed in a similar fashion. Endplates were removed using a curet. Osteophytes were burred down using a diamond bur. Posterior longitudinal ligament was taken down using a Rhoton #6, followed by a 1-mm Kerrison. Bilateral foraminotomies were performed. Osteophytes were removed off the back of the bodies. Nerve hooks could easily be placed out both foramina. The endplates at C5-6 and C6-7 were then decorticated using a bur. The C6-7 allograft was placed first. This was an 8-mm spacer. It was packed with Grafton putty. The medial and lateral aspects of the disk were then packed with the Grafton putty and the allograft spacer was impacted into place. Attention was then turned to the C5-6 disk space. Some distraction was placed across this and a 7-mm spacer was found to be the correct fit and this disk space was also packed with Grafton putty as was the whole in the allograft. The allograft was impacted into place and checked on fluoroscopy. A 2-level plate was then

Christopher Bergin, M.D.
**DICTATED BY:** Christopher Bergin, M.D.
**DD:** 01/31/2006 **DT:** 01/31/2006 **TD:** 17:32 **TT:** 22:12 **K#:** 77729/MEDQ

BAKE, JANICE
MRN#:  001195017
ACCT#:  319990198
DATE OF SURGERY:  01/30/2006
ROOM:  432C
SVC:  SGP

**REPORT OF OPERATION**

JANICE BAKE
LINA 0629

10/16/2006 13:37 FAX  7738327918          OSS                          ☑001/009

# Fax

To: CIGNA GROUP INS.
   Michelle Miller               From: JANICE B. BAKE

Fax: (860)-687-9620             Pages: 10

Phone: 800-352-0611 X1624       Date: 10/14/06

Re: LK0960120                   CC:

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• Comments:

PLEASE CALL WHEN THIS FAX IS RECEIVED.
I AM FAXING THIS FROM CORUS BANK.
My NUMBER IS (773) 814·6231. I
ATTEMPTED TO FAX FROM ANOTHER
MACHINE BUT WOULDN'T GO THROUGH.
THE LIST OF MEDICATIONS IS MY MOST
CURRENT, NOT THE ONE I SENT WHEN
THE FORM WAS COMPLETED.

JANICE BAKE
LINA 0672

10/16/2006 13:37 FAX  7738327918          OSS                    ☑002/009

**FRAUD WARNING:** Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: *California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Oregon, Pennsylvania, Tennessee, Texas or Virginia.*

Name: JANICE BAKE                          Social Security No.: 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
Address: 4922 W BYRON                       Telephone No.:
Chicago IL 60641                            (773) 794-1566

1. In your own words, tell us why you cannot work in your own or in any occupation.
Numbness & partial loss of feeling in both hands, fingers & arms limit my ability to use them. I can't sit long my legs & feet tingle I still loose my balance. I drop things, I can't lift. Stiffness, pain in back of balance prevent bending sitting causes muscle spasms to my shoulder & neck. The pain in my jaw esses

2. What is primary physical and/or mental condition preventing you from working now? Now I use the phone inability to sit, stand, bend legs of feeling in hands & figures + up arm pain effects concentration - loss of balance cervical myelopathy - spine fusion thoracic kyphosis, Rhematoid antaritis, osteoanthritis + fibromyalgia

3. Can you drive? ☑ Yes ☐ No          How far? 20 or 30 miles

4. What time do you get up in the morning? 5:00 - 6:00 AM    What time do you go to bed? 11:30 - 12:00 PM

5. Where do you live? ☑ Apartment  ☐ House
How many floors in the apartment/house? 2    Does it have an elevator? ☐ Yes ☑ No

Do you use any special equipment - ramps, handrails, wheelchair? ☑ Yes ☐ No
If yes, describe Stair rails, Bath rails, sometime cane, Dog for carrying, balance & getting up stairs sometimes.

6. How often do you use the computer? Seldom because of poor feeling & neck pain & stiffness
What computer programs or software can you use? Word, Excel, Groupwise, Microsoft Office

7. Check the things you do regularly:

| Activity | Hours per day? | Days per week? |
|---|---|---|
| ☑ Cook | 45 mins - 1 hr. | 7 |
| ☑ Clean | 5 - 15 mins | 7 |
| ☑ Shop | Twice a week total about a couple hours | |
| ☐ Laundry (put away) only | 15-15 min | |
| ☐ Yardwork | | |
| ☐ Gardening | | |
| ☑ Read | 0 - 1 | 7 |
| ☑ Watch TV | 2-4 hours | 7 |
| ☑ Other (school, attend religious services, volunteer work, etc.) | 2 - 4 | 5 |

What do you do for recreation? Train with my dog for obedience + future service dog certification if possible!

8. Are there things you attend to with regard to your personal needs (grooming, dressing, etc.)?
Dressing, Shower, Hair - (had to cut it) sometimes I need help picking things up

9. Do you go for walks? ☑ Yes ☐ No     How often? 0-2-3 times a day
How far do you walk? 1/2 Block to 3      For how long? Depends on pain & muscles & joint with resting    flexibility.

GB-609428 (04/2005)

JANICE BAKE
LINA 0673

10/16/2006 13:38 FAX  7738327918          DSS                                    ☑ 003/009

10. Do you engage in a regular exercise program?  ☑ Yes  ☐ No
    Where (home, gym, etc.) _PHYSICAL THERAPY - BALTER Life CENTER_
    How often? _3-4 TIMES WEEK_
    Describe your exercise program _Aqratic, Range of Motion Stretching_ ✓

11. Please circle the highest grade you completed in school:

    1  2  3  4  5  6  7  8  9  10  11 (12)  GED     High School Diploma

    College?    1 yr.    2 yrs.   3 yrs.   4 yrs.   BA/BS Degree   Masters Degree Other

    Type of degree? (Business, History, Social Sciences, etc.) _____
    Date Received _____

    List any professional/educational certificates, licenses, etc. awarded _Accounting I+2 BSA Certificate_
    _various industry related_
    List any vocational programs you have attended/completed _____

    In the last 3 years, what type of certificates or licenses have you received? _____

12  Are you taking any professional/educational/vocational classes now?  ☐ Yes  ☑ No
    Please list them _____

13. Are you working?  ☐ Yes  ☑ No
    If so, please list how many hours per day you work, and the name of your employer

14. Have you discussed return to work with your physician?  ☑ Yes  ☐ No
    What does your physician say about returning to work? _I can't_

15. When do you expect to return to work? _UNKNOWN_
    Will you return to your regular occupation?  ☐ Yes  ☐ No  If no, why not? _____  /
    Will you return to Modified job?  ☐ Yes  ☐ No  If no, why not? _____

16. Do you know of any positions within your company that you would be interested in?  ☑ Yes  ☐ No _if I could_
    If yes, what position? _my own_

17. If unable to return to regular position, would you be interested in exploring your career options?  ☐ Yes  ☐ No

### Employment History

| 1. Job Title: MANAGING STAFF, HANDLE FRAUD + RELATIVE DUTIES, USE of PS, FILE, PHONE DEVELOPE PROCEDURES, PROCESSES | Employed date:  From: 1975   Through: 2006 |
|---|---|
| | Minor Duties: TRAINING + DEVELOPMENT of STAFF SECURITY |
| Tools/Equipment used: Various Software, Books INTERNET, Seminars | Machinery/Computers used. PC, COMPTER CALCULATER |
| 2. Job Title: | Employed date:  From:     Through: |
| Major Duties: | Minor Duties: |
| Tools/Equipment used. | Machinery/Computers used. |
| 3. Job Title: | Employed date:  From:     Through: |
| Major Duties: | Minor Duties: |
| Tools/Equipment used. | Machinery/Computers used |

18. Have you ever owned or operated your own business?  ☐ Yes  ☑ No
    Do you own, operate or have ownership interest in a business now?  ☐ Yes  ☑ No
    Business Name _____

JANICE BAKE
LINA 0674

10/16/2006 13:39 FAX  7738327918          OSS                                    ☑004/009

19  Are you married or do you have a domestic partner?  ☑Yes ☐No
    Do you have any children under age 25?                ☐Yes ☐No
    Do you have any handicapped children (regardless of age)?  ☐Yes ☐No
    If you answered "Yes" to any of the above questions, please list below

| | NAME | RELATIONSHIP | GENDER (M/F) | DATE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| 1 | KENNETH BAKE | Husband | ☑M ☐F | 081346 | 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 |
| 2 | | | ☐M ☐F | | |
| 3 | | | ☐M ☐F | | |
| 4 | | | ☐M ☐F | | |
| 5 | | | ☐M ☐F | | |

20. List any prescription medications you take. Use other side if you need more space

| Medication | Dose | Frequency | Medication | Dose | Frequency |
|---|---|---|---|---|---|
| SEE ATTACHED | | | | | |

21  List any doctor(s) you see regularly. Use the other side if you need more room. (SEE ATTACHED)

| Doctor's Name/Specialty | | Doctor's Name/Specialty. | |
|---|---|---|---|
| Address | | Address | |
| Telephone # | Fax #. | Telephone # | Fax # |
| Frequency of visits. | Date of last visit | Frequency of visits | Date of last visit |

| Doctor's Name/Specialty | | Doctor's Name/Specialty | |
|---|---|---|---|
| Address. | | Address. | |
| Telephone # | Fax #. | Telephone # | Fax # |
| Frequency of visits. | Date of last visit | Frequency of visits | Date of last visit |

22  Are you right handed or left handed?  ☑Right ☐Left
    What is your height?  4'11
    What is your weight?  165
    What is your date of birth?  5/16/49

23  Are you a veteran?  ☐Yes ☑No
    If yes, have you applied for VA benefits for this disability?  ☐Yes ☐No
    Please attach a copy of your VA disability award.

24  What other types of income/money/compensation/benefits are you receiving or eligible to receive?

| | | $ Amount/Frequency | Date Began | Date Paid Thru |
|---|---|---|---|---|
| ☐Yes ☑No | Salary Continuance | | | |
| ☐Yes ☑No | State Disability Benefits | | | |
| ☐Yes ☑No | Group Disability Benefits | | | |
| ☐Yes ☑No | Workers' Compensation | | | |
| ☐Yes ☑No | Pension Benefits | | | |
| ☐Yes ☑No | Social Security Disability Benefits | | | |
| ☐Yes ☑No | No-Fault Auto Disability Insurance | | | |
| ☐Yes ☑No | Any Other Disability Income | | | |

I certify that the information in this document is true and correct.

Signature _____                Date  9-13-06

JANICE BAKE
LINA 0675

## Medications

Cardizem LA 180 MG-Once daily-Evening
Benicar-20MG once daily-Morning
Levothyroxine 0.50MG (Synthroid) once daily-Morning
Zetia-10MG-Evening
Folbee-Once daily-Morning
Singulair-10mg once daily-Evening
Companzine
Metformin ER 500MG-1 daily-Morning
Evista-60mg once daily-Evening
Ambien CR-12.5MG at bedtime
Lyrica-75MG twice daily
Fioricet-For headaches
Nexium 40MG
Vitamin D weekly
Nabumetone 500MG-2 Times Daily
*Ultracet- 37.5MG/325MG 1-2 tablets every 6-8 hours
Tussionex
Clarinex-D
Combivent-3 times daily
Advair- 550/50mcg 60's-twice
Albuterol Inhaler-When needed
DuoNeb-Inhale as directed up to four times daily if necessary
Baby Aspirin

## Non-Script Vitamins

Vitamin "C"
Calcium with vitamin "D"
Multi-Vitamin

*If the pain is extreme, I switch to Norco

JANICE BAKE
LINA 0676

NH 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                                        SG-SSA-16

**RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS**


JANICE BER BAKE
4922 W BYRON
CHICAGO IL 60641

```
                                                   : UNIT: ALX513      :
NAME OF PERSON TO CONTACT    ____Mrs Cheung____     :  09/29/06        :
ABOUT YOUR CLAIM:                                  :  atl.            :
```

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT
ARE:

  BEFORE YOU RECEIVE A NOTICE ABOUT YOUR CLAIM: 773-794 0899 x-211

  AFTER YOU RECEIVE A NOTICE ABOUT YOUR CLAIM: 1-800-772-1213

SOCIAL SECURITY INFORMATION IS ALSO AVAILABLE TO INTERNET USERS AT
WWW.SOCIALSECURITY.GOV.

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE
PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN 120 DAYS AFTER YOU HAVE GIVEN US ALL THE
INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION
IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE
THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE
CHANGE.

On September 29, 2006, we talked with you and completed your application for
SOCIAL SECURITY BENEFITS. We stored your application information electronically
in our records and attached a summary of your statements.

What You Need To Do

  o  Review your application to ensure we recorded your statements correctly.

  o  If you agree with all your statements, you may retain the application for
     your records.

  o  If you disagree with any of your statements, you should contact us within
     10 days after the date of this notice to let us know.

                                                        JANICE BAKE
                                                        LINA 0680



# Update Task: Internal Resource Response

**Start Date:** 10/16/2006    **Due Date:** 10/25/2006

| | | | |
|---|---|---|---|
| **Name** | JANICE BAKE | **SSN** 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 | **DOB** 05/16/1949 |
| **Account Name** | CORUS BANKSHARES, INC. | **Account #** LK 0980120 | **Incurred Date** 06/21/2006 |
| **Claim Manager** | Michelle Miller | **Incident #** 1495456 | **Claim Eff Dt-Status** 08/22/2006 - Pending |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.), Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type** Medical

**Role** Nurse Case Manager Name Donna Simmons ☒ New Nurse/VRC of Record

**Check all that apply for Medical or Vocational**
- ☒ Symptoms insufficient to support diagnosis
- ☒ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis
- ☒ Occupational requirements assessment is needed
- ☒ Determine Functional Capacity
- ☒ Projected return to work date is unclear or undetermined
- ☒ Return to Work Assistance
- ☒ Internal Transferable Skills Assessment
- ☒ Claim Complexity Changed
- ☒ Other

**Comments**

MR from DR Arnold dont appear to be supportive TD OO which is Sedentary

**Title** NCM file review

**Referral Accepted** ☒ Yes    **Date** 10/18/2006

**Comments**

10/17/6 cx is a 58 y.o. VP operation Analysis/Corus.DOT in files is sedentary.LDW 6/20/6.BSD 9/19/6. hires 2/10/75.cx had 1/2006 Anterior Cerv Fusion C5-7 RTW part time 3/06-6/06. cx reproted numbness/pain in extremities post op.DX Cervical Disc disorder w/Myelopathy/ICD9 722.4/max duration after surgical tx is 84 days.
Co Morbid- osteopeniapositive ANA asthma emphysema.
Providers Dr Bergin/Ortho surg Dr Bovis/NS/847-698-1088.Dr Arnold /Rheumatology/847-375-3000.
Documentation- Bovis notes requested on 8/25/6 and 9/8/6-no response.
Dr Bergin notes- 2/21/6 thru 8/22/6 reflect cardiac workup neg.4/4/6 note reflects symptoms almost completely resolved postop.some radicular rt hand symptoms have returned.MRI shows excelent decompressionhas DDD through out mid-upper thoracic/no frank cord compressionplaced in TLSO brace 5/5/6 to work only 4hrs day.all markers for infx are norm.7/11/6 note-degenerative/inflammatory chgspain better w/activity modification/prednisone.

Investigation Result

8/22/6 mild radiating pain in to rt leg/calf norm heel/toe/consolidating fusion per xray/thoracic xray shows autofused 5 mid-lower thoracic vertebrae collapsed L4-5 without slip. Dr Arnold notes 9/27/6- seen for f/up no complaints.occasional knee pain/some numbness and pain in cerv spine.this dr does not give any restricts limiting cxs functionality.
DX Cervical Disc disorder w/Myelopathy/ICD9 722.4/max duration after surgical tx is 84 days.
CHC/EAP/LAP-N/A to this policy.
5 key elements-
JD- DOT sedentary. signs/symp- no DQ in file see above med notes.RX- medrol dosepak. Functionality- no PAA in file.RFW plan- worked part time, no full time plan given. NCM Assessment- Medical documentation not supportive for restricts/limitations evidenced by lack of severe functional deficits that would preclude c xfrom sedentary activities.Full length standing xray shows 63 degrees of Kyphosis across Thoracic spine-which is unchanged from prior xray of 6 months ago.rt leg pain is mild. thoracic pain is reproted to be improved. negative SLR,EMG/NCV testing not provided to support any extremity deficits.no spinal ROM values provided.NCM disengaging/returning file.D Simmons,RN

  Complete | Update | X Cancel



file://C:\DOCUME~1\DXSIMM\LOCALS~1\Temp\E4A0ZEVl.htm

10/18/2006

JANICE BAKE
LINA 0682



OCT-13-2006 07:19 From:                                    To:18473916161        P.1/3

## *Facsimile Transmission Cover Sheet*



**CIGNA Group Insurance**
Life · Accident · Disability

| Transmit to FAX number<br>18479291139 | Date<br>October 13, 2006 | Time<br>08:06 AM | Total number of pages<br>(including this sheet) : 1 |
|---|---|---|---|

| To: | | From: | |
|---|---|---|---|
| Name | DR. ARNOLD | Name: | Michelle Miller, |
| Company | | Department Dallas Main | |
| Phone | 847-375-3000 | Phone | 800-352-0611 ext. 6524 |
| Address | XX<br>CHICAGO, IL 60641 | Address | 12225 Greenville Avenue<br>Suite 1000<br>Dallas, TX 75243-9337 |

Comments!

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

| [ ] Acknowledgment Requested | To Fax a reply, dial : 860-687-9620 |
|---|---|

JANICE BAKE
LINA 0683

OCT-16-2006 10:36    18J1    18477796727    P.01

TOTAL P.05
OCT-13-2006 07:19 From:                                                    To:18473916161          P.2/3

*Michelle Miller*
*CIGNA Group Insurance*
212
12225 Greenville Avenue
Suite 1000
Dallas, TX 75243-9337

Phone: 800-352-0611 ext. 6524
Fax: 860-687-9620

**CIGNA Group Insurance**
Life · Accident · Disability

DR. ARNOLD
XX
CHICAGO, IL 60641

October 13, 2006

Name:                          JANICE BAKE
Incident Number:               1495456
Plan/Policy Number:            LK0960120
Plan/Policy Holder:            CORUS BANKSHARES, INC.
Underwriting Company:          Life Insurance Company of North America

DEAR DR. ARNOLD,

We are reviewing the Long Term Disability (LTD) claim for your patient JANICE BAKE. Your patient's date of birth is May 16, 1949.
In order to review your patient's eligibility for LTD benefits, we will need the following:

— Complete copies of office visit notes from 1/1/06 to present
— Hospital Intake/Discharge summary, and/or Operative Report(s)
— Test results/findings (for example: MRI's, EKG's, x-ray's, etc)
— Treatment plan (including meds, frequency of treatment, referrals, Physical Therapy, etc.)
— Restrictions and limitations that prevent(ed) patient from returning to work
— Estimated return to work date/date patient was released to return to work.

Enclosed is an authorization to release this information to us. Please be advised that an 'off work' note is not sufficient documentation to certify disability.

In order to help expedite the handling of your patient's claim, please fax this information to 860-687-9620. If necessary, you may also mail the requested information to the above address.

If there is a fee for the medical records requested, please forward a bill including your Tax ID number with the return of the requested records.

Please contact our office at 800-352-0611 ext. 6524 should you have any questions.

Sincerely,

Michelle Miller
Disability Claim Manager

JANICE BAKE
LINA 0684

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

 

OCT-13-2006 07:19 From:                                    To:18473916161          P.3/3

## Disability Management Solutions ℠
## Medical Request Form

CIGNA Group Insurance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York



We are evaluating your patient's disability claim. Please respond to the following questions.
Please provide copies of supporting reports, such as office notes/consultations/testing.
*(Failure to provide the reports may result in delay in the claim determination).*

| Claimant Name: JANICE BAKE | Date of Birth: 5/16/1949 |
|---|---|

What is the primary diagnosis?

*I take care of her osteopenia & GHANA*

| What is the ICD-9 code: 733.90 | Date of Injury/Illness: N/A. | Is this condition work related? ☐ Yes ☐ No |
|---|---|---|

What are the specific additional factors impacting return to work, if any?

*N/A*

| When did you first treat your patient for this current impairment episode? | Have you treated your patient for this impairment prior to this episode? ☐ Yes ☐ No   If yes, when? | Date of last visit: 9/27/06 | When is your patient's next office visit? |
|---|---|---|---|

Does treatment plan for this impairment episode include any of the following? (Please list as appropriate and provide supporting documentation)

☐ Physical Therapy: _____     ☐ Electrodiagnostic Studies: _____
☐ Surgery: _____ *N/A*     ☐ Imaging Studies: _____
☐ Specialty Referral: _____     ☐ Other: _____

Please list all current medications that are related to this impairment or impact return to work: (Please include dosage and frequency).

*calcium & vitamin D*

What are the specific restrictions that you have placed on your patient?

At Work:

At Home (Activities of Daily Living):   *N/A*

| Could your patient return to work at this time if accommodations were made for the listed restrictions? ☐ Yes ☐ No |
|---|

If no, why not?   *N/A*

If no, based on your experience, what is your best estimate of when your patient can return to work?

With Restrictions: _____   Without Restrictions: _____

| Physician Name (Please Print): *ERIN ARNOLD* | Degree & Specialty: *Rheumatology* |
|---|---|
| Address: (Street, City, State, Zip Code) | |
| Telephone Number: (   ) | Federal Tax ID #: |
| Physician Signature: | Date: |

618138  Rev. 05/2005

JANICE BAKE
LINA 0685



ILLINOIS BONE & JOINT INSTITUTE

**THE CENTER FOR
ORTHOPAEDIC SURGERY**

WAYNE M. GOLDSTEIN, M.D.
ROBERT M. PATEK, M.D.
JEFFREY L. VISOTSKY, M.D.
DAVID J. RAAB, M.D.
THOMAS F. GLEASON, M.D.
MATTHEW L. JIMENEZ, M.D.
ARMEN S. KELIKIAN, M.D.
STEVEN A. KODROS, M.D.
GARO J. EMERZIAN, D.P.M.
CRAIG S. WILLIAMS, M.D.
STEVEN M. MARDJETKO, M.D.
ANDREA S. KRAMER, M.D.
JESSE P. BUTLER, M.D.
STEVEN G. SCLAMBERG, M.D.
RAJEEV GARAPATI, M.D.
TAIZOON H. BAXAMUSA, M.D.
CHRISTOPHER J. BERGIN, M.D.
ALEXANDER C. GORDON, M.D.
IRA B. KORNBLATT, M.D.
MICHAEL D. KORNBLATT, M.D.
MICHAEL S. LEWIS, M.D.
DOUGLAS R. SOLWAY, D.P.M.

**THE CENTER FOR
ARTHRITIS AND
OSTEOPOROSIS**

GERALD M. EISENBERG, M.D.
SUSAN B. BROY, M.D.
MARY L. MORAN, M.D.
WILLIAM J. ARNOLD, M.D.
PATRICK T. SCHUETTE, M.D.
ALFONSO E. BELLO, M.D.
JOHN L. SKOSEY, M.D.
ERIN L. ARNOLD, M.D.

9000 WAUKEGAN ROAD
SUITE 200
MORTON GROVE, IL 60053
(847) 375-3000
FAX (847) 929-1190

150 NORTH RIVER ROAD
SUITE 100
DES PLAINES, IL 60016
(847) 375-3000
FAX (847) 296-7176

680 NORTH LAKE SHORE DRIVE
SUITE 1026
CHICAGO, IL 60611
(312) 664-6848
FAX (312) 664-9274

900 WESTMORELAND
SUITE LL-72
LAKE FOREST, IL 60045
(847) 375-3000

2401 RAVINE WAY
SUITE 200
GLENVIEW, IL 60025
(847) 998-5680
FAX (847) 998-6365

2101 WAUKEGAN ROAD
SUITE 110
BANNOCKBURN, IL 60015
(847) 914-9096
FAX (847) 914-9009

720 FLORSHEIM DRIVE
LIBERTYVILLE, IL 60048
(847) 247-4000
FAX (847) 573-2431

September 27, 2006

Armenio Surucci, M.D.
NorthShore Health Partners, Ltd.
5140 North California Avenue
Suite 600
Chicago, IL 60640

RE:    BAKE, JANICE
       **OFFICE VISIT NOTE**
       MRN: 378501
       DOB: 5/16/1949

Dear Dr. Surucci:

Please find enclosed notes from my followup visit with your patient. It is a pleasure working with you.

ASSESSMENT:
  1. Osteopenia with vitamin D deficiency.
  2. Elevated thyroid peroxidase antibody with positive ANA.
  3. Degenerative arthritis of the lumbar spine and cervical spine, with IT band tightness and right lower extremity pain.

PLAN:
  1. The patient's bone density examination has been reviewed. Unfortunately, we have misplaced her 2001 exam. We are going to look at this for comparison to her exam done today. The patient will have a 25-hydroxyvitamin D level and intact PTH drawn today. We will contact her with the results of this and recommendations for continuation of supplementation or discontinuation.
  2. No intervention.
  3. The patient will continue with her home exercise program and working with the therapist. I have actually recommended that they work aggressively on her IT band. I think this is contributing to her symptoms. Her pain could also, however, be coming from her degenerative arthritis in her lumbar spine or also her arthritis in her knee. We will reassess her response to

JANICE BAKE
LINA 0686

SEP-08-2006 07:07 From:                                    To:918479291190          P.2/3

*Kobie Burns*
*CIGNA Group Insurance*
212
1225 Greenville Avenue
Suite 1000
Dallas, TX 75243-9337

Phone: 800-352-0611 ext. 6511
Fax: 860-687-9620



**CIGNA Group Insurance**
Life · Accident · Disability

DR. BERGIN
XXXXX
XXXX, IL 99999

August 25, 2006

Name:
Plan/Policy Number:
Plan/Policy Holder:
Underwriting Company:

JANICE BAKE
LK0960120
CORUS BANKSHARES, INC.
Life Insurance Company of North America

DEAR DR. BERGIN,

We are reviewing the Long Term Disability (LTD) claim for your patient JANICE BAKE. Your patient's date of birth is May 16, 1949.

In order to review your patient's eligibility for LTD benefits, we will need the following:

— **Complete copies of office visit notes from 1/2006 to 8/2006**
— **Test results/findings (for example: MRI's, EKG's, x-ray's, etc)**
— **Attached form completed with restrictions and limitations that prevent(ed) patient from returning to work.**
Enclosed is an authorization to release this information to us. Please be advised that an 'off work' note is not sufficient documentation to certify disability.

In order to help expedite the handling of your patient's claim, please fax this information to 860-687-9620. If necessary, you may also mail the requested information to the above address.

If there is a fee for the medical records requested, please forward a bill including your Tax ID number with the return of the requested records.

Please contact our office at 800-352-0611 ext. 6511 should you have any further questions.

Sincerely,

Kobie Burns
Disability Claim Manager

Enclosure(s)

JANICE BAKE
LINA 0699

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

SEP-08-2006 07:07 From:                                              To:9184192931130        P.3/3



**Disability Management Solutions ℠**
**Medical Request Form**

CIGNA Group Insurance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York


CIGNA

We are evaluating your patient's disability claim. Please respond to the following questions.
**Please provide copies of supporting reports, such as office notes/consultations/testing.**
*(Failure to provide the reports may result in delay in the claim determination).*

| Claimant Name: JANICE BAKE | Date of Birth: 5/16/1949 |
|---|---|

**What is the primary diagnosis?**
Cervical radiculopathy w/ myelopathy
Thorasic Kyphosis

| What is the ICD-9 code: | Date of Injury/Illness: 12/05 | Is this condition work related? ☐ Yes ☒ No |
|---|---|---|

**What are the specific additional factors impacting return to work, if any?**
Uable to look forward > 1/2 hr at a time, unable to use
computer + keyboard, needs to change positions frequently
⊕ ulnar neuropathy unable to perform job duties

| When did you first treat your patient for this current impairment episode? 12/16/05 | Have you treated your patient for this impairment prior to this episode? ☐ Yes ☒ No   If yes, when?_____ | Date of last visit: 8/22/06 | When is your patient's next office visit? 11/21/06 |
|---|---|---|---|

**Does treatment plan for this impairment episode include any of the following?** *(Please list as appropriate and provide supporting documentation)*
☒ Physical Therapy: prn
☒ Surgery: 1/06 — ACD/FCw-C7
☒ Specialty Referral: Rheumo/Neuro prn
☐ Electrodiagnostic Studies: _____
☐ Imaging Studies: _____
☐ Other: _____

**Please list all current medications that are related to this impairment or impact return to work:** *(Please include dosage and frequency)*

**What are the specific restrictions that you have placed on your patient?**
At Work: See above
At Home  *(Activities of Daily Living)*:

**Could your patient return to work at this time if accommodations were made for the listed restrictions?** ☐ Yes ☒ No
**If no, why not?** unable to perform job duties
**If no, based on your experience, what is your best estimate of when your patient can return to work?**
With Restrictions: Unknown          Without Restrictions: Unknown

| Physician Name (Please Print): CHRISTOPHER BERGIN M.D | Degree & Specialty: M.D. ORTHO/SPINE |
|---|---|
| Address: (Street, City, State, Zip Code) 9000 WAUKEGAN RD. MORTON GROVE IL 60053 | |
| Telephone Number: (847) 324-3935 | Federal Tax ID: 36-081774 |
| Physician Signature: | Date: 9/12/06 |

616126   Rev. 05/2002

JANICE BAKE
LINA 0700

BAKE, JANICE
9000 WAUKEGAN
MRN: 378501
DOB: 5/16/1949
DOV: 2/21/2006

PRESENT HISTORY:  The patient is now about three weeks out from her anterior cervical decompression and fusion at C5-6 and C6-7.  Her right upper extremity feels remarkably better.  She still has numbness in her left hand and that has not changed much.  She had an episode of chest pain and had a recent cardiac workup that was negative.  Her post-op course was complicated by dysphasia about post-op day four.  I prescribed her a Medrol Dosepak for this and she felt remarkably better.

PHYSICAL EXAMINATION:  Physical examination shows her incision is nicely healed.  Deep tendon reflexes at the biceps, triceps, brachioradialis, knees, and ankles are 2+ and equal bilaterally.  All muscle groups in the upper and lower extremities are 5/5.  She does have a mildly positive Hoffmann's sign bilaterally but she had that before surgery as well.

X-RAY FINDINGS:  AP and lateral x-rays show the implants in place without any change in alignment.

PLAN:  Overall the patient is doing reasonably well.  She does have a diagnosis of rheumatoid arthritis and systemic lupus erythematosus.  I suspect that she also might have Paget's disease or some type of spondyloarthropathy in her mid-thoracic spine that is bothering her but at this point it is not causing any major problems.  My plan is to see her back in four weeks.  She should continue walking for exercise.  She should continue in her collar until I reevaluate her next month.


_Christopher J Bergin_

_____
Digitally signed by proxy Christopher J. Bergin, M.D.

D:  2/21/2006 9:52:24 AM
T:  2/22/2006 2:35:01 AM

CJB/ksarc JOB 1216614

JANICE BAKE
LINA 0701

# OCCUPATIONAL DATA  

## CORUS BANKSHARES
**Job Title:** First Vice President, Operations Analysis

## OCCUPATIONAL DESCRIPTION
**Title:** Vice President, Financial Institution          **DOT Code:** 186.117-078

Directs and coordinates, through subordinate managerial personnel, activities of department, region, administrative division, or specific function of financial institution, such as lending, trusts, mortgages, investments, acting under authority and responsibility delegated by corporate executive officer:

**Tasks**

1. Coordinates activities of assigned program, such as sales, operations, or electronic financial services, determines methods and procedures for carrying out program, and assists in interpreting policies and practices.

2. Directs or conducts management studies, prepares work load and budget estimates for specified or assigned operations, analyzes operational reports, and submits activity reports.

3. Develops and recommends plans for expansion of programs, operations, and financial activities.

**May Also Include:**

1. May solicit new business or participate in community or service organizations.

2. May authorize loans of specified types and amounts when permitted by institution regulations.

**Undefined Related Titles:**

1. May be designated according to type of financial institution as Vice President, Commercial Bank (financial); or according to activity as Vice President, Lending (financial).

DLU: 1989

# OCCUPATIONAL DA 
## OCCUPATIONAL REQUIREMENTS

**Title:** Vice President, Financial Institution
**Industry:** Financial Institutions

**DOT Code:** 186.117-078

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Level 5
Mathematics Level 5
Language Level 5

**Strength:** Sedentary sitting, may

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly involve standing or walking for brief periods of time.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Directing, Controlling, or Planning Activities of Others
Dealing with People (Beyond receiving work instructions)
Making Judgments and Decisions

**Data:** Coordinating
**People:** Negotiating
**Things:** Handling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 1 (Above 89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 1 (Above 89 Percentile) | 3- (34 - 44 Percentile) |
| Numerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3 (46 - 54 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

# OCCUPATIONAL DATA 
## RELATED CODES AND TITLES
**Title:** Vice President, Financial Institution



**DOT Code:** 186.117-078

| Group | Code | Title |
|---|---|---|
| Work Field: | 295 | Administering |
| MPSMS: | 894 | Financial Services |
| Industry: | 375 | Financial Institutions |
| GOE: | 11.05.02 | Business Administrative Specialization |
| OAP: | 59 | Business Administration |
| SOC: | 11-3031 | Financial Managers |
| Census: | 012 | Financial Managers |
| OES: | 13002 | Financial Managers |
| CIP: | None | No Code Assigned |
| O*NET: | 11-3031.01 | Treasurers, Controllers, and Chief Financial Officers |

08/25/2006 11:56 FAX  7738323499        CORUSHR                              ☑002/004

# FIRST VICE PRESIDENT-
# OPERATIONS ANALYSIS

**Company:**   CORUS BANK                          **Date:** 2006

**Department:**  Operations

**Reports to:**   Chief Operating Officer                  Exempt

---

## Job Summary:

Responsible for the accurate, efficient, and economical performance of Bank's operations departments, to ensure maximum user and customer services and satisfaction, reducing both customer and bank fraud, ensuring compliance with both privacy and security operations, and is the Government Control Officer for information sharing under Section 314(b).

## Job Duties:

1.  Direct the administrative management of operations departments' systems and procedures to assure maximum accuracy, efficiency, and proper audit control of all functions.

2.  Review, develop and implement systems and procedural changes to ensure adequate customer service and maximum operating efficiency.

3.  As necessary, select, train and motivate competent staff. Review staffing needs and performance and make recommendations regarding salaries, transfers, promotions, and terminations.

4.  Coordinate the research and investigation necessary to resolve inter-departmental differences as they pertain to divisional functions. Make recommendations to senior management regarding operating policies, practices and related matters.

6.  Stay abreast of legislation affecting the operations areas. Review, revise and implement policies, policies, procedures and forms as necessary.

7.  Keep abreast of technological developments in electronic funds transfer, hardware, software, systems and procedures.

8.  Identify and evaluate opportunities for revenue enhancement and/or cost savings utilizing operation's' techniques and current technology.

JANICE BAKE
LINA 0721

08/25/2006 11:56 FAX  7738323499          CORUSHR                          ☑ 003/004

9.     Work with various government agencies with respect to fraud, information
       sharing, legal subpoenas, and other legal actions.

10.    Coordinate all the information sharing, operation's privacy issues, and operation's
       security and monitoring activities for all shifts.

**Essential Physical Requirements:**

- Ability to communicate with managment, department personnel, and other outside
  parties.
- Ability to read, write, and analyze complex documents.
- Ability to operate basic office equipment such as copier, fax machine, etc.
- Ability to sit and/or stand for long periods of time.
- Ability to work varied hours/days as business dictates.
- Ability to travel to other locations, both local and nationwide.

**Minimum Qualifications:**

- Bachelor's degree.
- 10 years applicable banking experience.
- Management experience
- Facility with personal computers and word processing and spreadsheet software.
- Excellent interpersonal and communication skills.

JANICE BAKE
LINA 0722

October 13, 2006
Page 2

Please contact our office at 800-352-0611 ext. 6524 should you have any questions.

Sincerely,


Michelle Miller
Disability Claim Manager


Enclosure(s)

JANICE BAKE
LINA 0723

08/25/2006 11:56 FAX  7738323499        CORUSHR                         ☑001/004

# CORUS BANK

3959 North Lincoln Avenue
Chicago, Illinois 60613
773-549-7100

| *Date* | *Friday, August 25, 2006* |
|---|---|

| *Number of pages including cover sheet* | 3 |
|---|---|

| *TO:* | Kobie Burns | *FROM:* | Cassandra Washington |
|---|---|---|---|
| | CIGNA Ins | | Human Resources Officer |

| *Phone* | (800)352-0611 ext.6511 | *Phone* | 773-832-3497 |
|---|---|---|---|
| *Fax Phone* | (860)687-9620 | *Fax Phone* | 773-832-3499 |

| *CC:* |
|---|

*REMARKS:*   ☐ *Urgent*   ☒ *For your review*   ☐ *Reply ASAP*   ☐ *Please Comment*

Per your request, here's a copy of the Job Description and May 15, 2006 pay data for JaniceBake.

Thanks,
Cassandra

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to the sender at CORUS BANK by US Postal Service. Thank you.

JANICE BAKE
LINA 0730

08/25/2006 11:57 FAX  7738323499          CORUSHR                                                  ☒ 004/004



## Earnings Statement

**Janice Bake**
**4922 W Byron St**
**Chicago, IL 60641**

| Co | File# | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|----|-------|-----|----------|-----------|-----------|-----------|-----------|---------|---------|---------|------|
| VAK | 40415 | 19-1 | 05/15/2006 | 05/15/2006 | 110520 | 112 | 4,875.00 | | 00190217 | Voucher | |

| Earnings | Rate | Hours | This Period |
|----------|------|-------|-------------|
| Regular | | 86.67 | 4,875.00 |

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ .00

| Deductions | Statutory | |
|------------|-----------|---|
| | Federal Income Tax | -878.40 |
| | Medicare | -66.29 |
| | IL Worked In State Income Tax | -137.15 |
| | **Others** | |
| | Health FSA | -208.34 |
| | Insurance | -95.00 |
| | 401k Loan | -429.17 |
| | Checking | -3,060.65 |

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

JANICE BAKE
LINA 0731

**Message Confirmation Report**

**AUG-28-2006 03:20 PM MON**

Fax Number    :
Name          :

Name/Number    :    918473187272
Page           :    2
Start Time     :    AUG-28-2006 03:19PM MON
Elapsed Time   :    00'39"
Mode           :    STD ECM
Results        :        [O.K]

JANICE BAKE
LINA 0732

**Message Confirmation Report**                    AUG-28-2006 03:22 PM MON

Fax Number    :
Name          :

Name/Number    :    918479291190
Page           :    3
Start Time     :    AUG-28-2006 03:21PM MON
Elapsed Time   :    00'25"
Mode           :    STD ECM
Results        :        [O.K]

JANICE BAKE
LINA 0733

## Claimant Contact

| | | | | | |
|---|---|---|---|---|---|
| **Name** | JANICE  BAKE | **SSN** | 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 | **DOB** | 05/16/1949 |
| **Account Name** | CORUS BANKSHARES, INC. | **Account #** | LK 0960120 | **Incurred Date** | 06/21/2006 |
| **Claim Manager** | Kobie Burns | **Incident #** | 1495456 | **Claim Eff Dt-Status** | 08/22/2006 - Pending |

### Contact Information

☑ **First Phone Call**
   **Result** Wrong Number     **Date** 08/25/2006 09:21 AM   **User ID**   Kobie Burns

☑ **Second Phone Call**
   **Result** Successful        **Date** 08/25/2006 01:07 PM   **User ID**   Kobie Burns

☑ **Generate Letter/Fax**     **Date**                        **User ID**

☑ **Incoming Call**           **Date**                        **User ID**

☑ **Mail Received**           **Date**                        **User ID**

**Contact Comments**

Advised cx pending, need to verify ER & medical restrictions.
LDW - cx actually stopped working 1/29/06 and had cervical spine sx 1/30/06, and rtw p-t 3/06-6/06, however ER paid her full salary while she was working p-t.

Verify address - Byron st.
Sending DQ/Auth, need returned to req medical/refer to Allsup

### Interview Documentation

**Primary Diagnosis/Symptoms/Co-Morbid Conditions**

Cervical spine sx 1/06, pain/numbness in ext.
Cx also has emphysema, asthma, but these are not disabling at this time.

**Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization**

Dr. Bergin, ortho sx, px overseeing tx for neck condition. fax# 847-929-1190. lov 8/25/06. Just new MRI
Dr. Bobis, neuro sx - #847-698-1088, fax # 847-698-1087. call Dr this week to schedule nov to go over MRI results.

Does therapy 3x/wk.

**Functionality/Job Duties/Set Expectations**

CX does not know if she will rtw, advised to let us know if she does. She can rtw p-t under policy, ben term if earning 60 percent.

### Spouse Information

| | | |
|---|---|---|
| **First Name** | **MI** | **Last Name** |
| **SSN** | **Date of Birth** | |
| **Is Spouse Employed?** | **If Employed** | |
| **Date of Birth of Youngest Dependent** | | |

**Other Income Benefits**

explained benefits and offsets. STD termed 7/06. SS POA required. Ok to refer to Allsup. Pension also and offset.

**Comments**

Explained BWP, def disability, benefits and offsets.

| **Last Changed User** | Kobie Burns | **Last Changed Date** | 08/25/2006 02:28 PM |
|---|---|---|---|

JANICE BAKE
LINA 0734

Acenza: Task                                                          Page 1 of 1

**Task** | **Contents** | **Notes (0/0)**

Own

## 📋 Task: General Follow-Up

| *Start Date:* | 08/25/2006 | | | *Due Date:* | |

### ● Details

| **Name** | JANICE BAKE | **SSN** | 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 | **DOB** | 0 |
| **Account Name** | CORUS BANKSHARES, INC. | **Account #** | LK 0960120 | **Incurred Date** | 0 |
| **Claim Manager** | Kobie Burns | **Incident #** | 1495456 | **Claim Eff Dt-Status** | 0 P |

| **Title** | LTD & WOP file folders |

**Comment/Instruction**

Have not received LTD File folder, has one been made. If not, please make.
Also, need WOP file folder - policy FLX - 960117.

| **Date** | | **User ID** | |

### ● Active Contents

| | **Type** | **Due Date** | **Created By** | **Assigned To** | **Title** |
|---|---|---|---|---|---|
| | LTD | 06/21/2006 | | Kobie Burns | BAKE,JANICE -- 325446457 -- 05/1 |

**Status:** New    **Queue:** Send Ack Pkg-Dallas

JANICE BAKE
LINA 0735