IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JANICE BAKE** | ) |
| | ) |
| **Plaintiff** | ) Case No.: 07 C 6600 |
| | ) |
| vs. | ) Judge Der-Yeghiayan |
| | ) |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | ) Magistrate Judge Cox |
| | ) |
| **Defendant.** | ) |

**To:** Mark D. DeBofsky, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on March 18, 2008, at 9:00 a.m., we will appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in courtroom 1903 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present **Defendant's Motion for Entry of Protective Order.**

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
Fax: 312-704-3001

LIFE INSURANCE COMPANY OF NORTH AMERICA

By:  s/ Peter E. Pederson
One of its attorneys

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on March 12, 2008, I e-filed this notice using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified above.

s/ Peter E. Pederson

6293665v1 884636