IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE BAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6600 |
| | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Cox |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBITS TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Now comes the Plaintiff, JANICE BAKE, by her attorneys, MARK D. DEBOFSKY and DALEY, DEBOFSKY & BRYANT and present the attached exhibits to PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF PROTECTIVE ORDER, copies of which are attached.

                                                                             Respectfully submitted,

                                                                             /s/ Mark D. DeBofsky

                                                                             _____

                                                                             Mark D. DeBofsky

Mark D. DeBofsky
Daley, DeBofsky, & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to all parties entitled to notice.

      /s/ Mark D. DeBofsky
      _____
      Mark D. DeBofsky