## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JANICE BAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6600 |
| | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Cox |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### INTERROGATORIES TO DEFENDANT

TO:   Daniel K. Ryan
      Peter Pederson
      Hinshaw & Culbertson
      222 N. LaSalle St., Suite 300
      Chicago, Illinois 60601

Pursuant to Fed.R.Civ.P. 33, you are requested to answer the following interrogatories, under oath, within 30 days after service hereof:

1.      State whether the document attached to Plaintiff's Complaint as Exhibit a is a true and complete copy of the terms of the policy of insurance in effect by and between Corus Bankshares, Inc. and the Life Insurance Company of North America on or about June 20, 2006.

Answer:

2.      State the date upon which the document attached hereto as Exhibit 1 became effective.

Answer:

3.    State whether any amendment to policy number LK-960120 was made at any time between January 1, 2003 and the present date; and if so, state the date of each such amendment, the language and contents of the amendment, whether the amendment was accepted by Corus Bankshares, Inc. and signed by an appropriate official or officer of Corus Bankshares, Inc., and the effective date of any such amendment.    In lieu of an answer, pursuant to Fed.R.Civ.P. 33(d), you may produce any applicable amendment documents.

Answer:

_____

Mark D. DeBofsky

Mark D. DeBofsky
Daley, DeBofsky, & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778

## CERTIFICATE OF SERVICE

Mark D. DeBofsky, the attorney, certifies that he served the foregoing Interrogatories by mailing a copy thereof, addressed to the individuals named therein, with postage prepaid, on March 3, 2008.

Mark D. DeBofsky

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JANICE BAKE,                    )
                               )
          Plaintiff,           )
                               )
     v.                        )     No. 07 C 6600
                               )     Judge Der-Yeghiayan
                               )     Magistrate Judge Cox
LIFE INSURANCE COMPANY         )
OF NORTH AMERICA,              )
                               )
          Defendant.           )

## REQUEST TO PRODUCE

TO:   Daniel K. Ryan
      Peter Pederson
      Hinshaw & Culbertson
      222 N. LaSalle St., Suite 300
      Chicago, Illinois 60601

Pursuant to Fed.R.Civ.P. 34, you are requested to produce the following described documents and things within 30 days after service hereof, and to certify by affidavit or declaration that production is complete:

1.      Policy No. LK-060120 by and between Corus Bankshares, Inc. and the Life Insurance Company of North America, including any and all amendments thereto from January 1, 2003 to the present.

2.      Any and all correspondence and/or documents exchanged by and between the Life Insurance Company of North America or any of its agents or attorneys and Corus Bankshares, Inc. dated between January 1, 2003 and the present that relates to Policy No. LK-960120 and/or any amendments thereto.

Mark D. DeBofsky

Mark D. DeBofsky
Daley, DeBofsky, & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778

## CERTIFICATE OF SERVICE

Mark D. DeBofsky, the attorney, certifies that he served the foregoing Request to Produce by mailing a copy thereof, addressed to the individuals named therein, with postage prepaid, on March 3, 2008.

_____
Mark D. DeBofsky