UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Janice Bake
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06600
                                                     Honorable Samuel Der−Yeghiayan

Life Insurance Company of North
America
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Defendant's motion for protective order [15] is entered and continued. As stated on the record, Defendant is given 5 days to file its reply in support. The Court will issue its ruling by mail. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.