IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JANICE BAKE** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No.: 07 C 6600 |
| ) | |
| **LIFE INSURANCE COMPANY OF** ) | Judge Der-Yeghiayan |
| **NORTH AMERICA** ) | |
| ) | Magistrate Judge Cox |
| **Defendant.** ) | |

## LINA'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by its counsel, Daniel K. Ryan and Peter E. Pederson, respectfully moves for summary judgment in its favor and against plaintiff, Janice Bake, on the ground that she cannot meet her burden of proof on her claim under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B). LINA's arguments are set forth in detail in its contemporaneously filed Memorandum of Law.

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street - S. 300
Chicago, Illinois 60601
(312) 704-3000
**Fax:** (312) 704-3001

Respectfully submitted:

LIFE INSURANCE COMPANY OF NORTH AMERICA

By:  /s/ Peter E. Pederson
        One of its Attorneys

6322435v1 884636

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that on May 23, 2008, I e-filed this document using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified below.

s/ Peter E. Pederson

## SERVICE LIST

Mark D. DeBofsky, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603

6322435v1 884636