IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE BAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6600 |
| | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Cox |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, June 5, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SUMMARY JUDGMENT MOTION OR TO CONVERT MOTION TO A TRIAL ON THE PAPERS, copies of which are attached and herewith served upon you.

DATED:   Chicago, Illinois          /s/ Mark D. DeBofsky
         May 29, 2008               Mark D. DeBofsky
                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 29, 2008, he electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF filing system, which sent notice of such filing to all parties entitled to notice.

/s/ Mark D. DeBofsky
Mark D. DeBofsky

DALEY, DEBOFSKY & BRYANT
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603
312.372.5200
312.372.2778 fax