**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Janice Bake
                                              Plaintiff,

v.                                                       Case No.: 1:07−cv−06600
                                                        Honorable Samuel Der−Yeghiayan

Life Insurance Company of North
America
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Plaintiff Janice Bake's motion to strike defendant's summary judgment motion or to convert motion to a trial on the papers [26] is denied. Briefing schedule on Defendant's motion for summary judgment [23] is hereby extended as follows: Plaintiff's response shall be filed by 07/11/08 and Defendant's reply shall be filed by 07/25/08. Status hearing reset to 08/27/08 at 9:00 a.m. Status hearing set for 07/30/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.