IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JANICE BAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6600 |
| | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Cox |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF MARK D. DEBOFSKY

1. I have personal knowledge of the contents of this declaration and if sworn as a witness I can testify thereto.

2. On April 10, 2007, I sent a letter to Defendant Life Insurance Company of North America submitting additional evidence to support Plaintiff Janice Bake's claim for long-term disability benefits. Attached as an addendum to that letter was a document completed by Dr. Christopher Bergin entitled "Residual Functional Capacity Questionnaire," signed and dated by Dr. Bergin on March 30, 2007.

3. Pursuant to Plaintiff's Rule 26(a) requests, Defendant provided Plaintiff a copy of the Bates-stamped administrative claim file it maintained in connection to Plaintiff's claim for disability benefits. The claim file contains a copy of the April 10, 2007 letter at pages 422-24. However, the file does not contain a copy of the Residual Functional Capacity Questionnaire that was attached to the April 10, 2007 letter.

4. On February 19, 2008, after receiving a copy of the claim file, I sent a letter to Defendant's counsel Daniel K. Ryan and Peter Pederson supplementing Plaintiff's 26(a) disclosures to include a copy of the Residual Functional Capacity Questionnaire. A true and correct copy of that letter is attached to this declaration.

5. As of this date, Defendant has not produced a copy of the March 30, 2007 Residual Functional Capacity Questionnaire.

6. A true and correct copy of the Residual Functional Capacity Questionnaire sent to Defendant on April 10, 2007 is attached to this declaration and by that reference incorporated herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008.