LAW OFFICES

# Daley, DeBofsky & Bryant

55 W Monroe St
Ste 2440
Chicago, Illinois 60603

VOICE (312) 372-5200
FAX (312) 372-2778
WEB  ddbchicago.com

Frederick J. Daley Jr.
Mark D. DeBofsky
David A. Bryant
Marcie E. Goldbloom
Violet H. Borowski
Sandra M. Dye
Gregory A. Benker

Of Counsel
Heather F. Aloe

February 19, 2008

Daniel K. Ryan, Esq.
Peter Pederson, Esq.
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Ste. 300
Chicago, IL 60601

RE: <u>Janice Bake v. Life Insurance Company of North America</u>, Case No.: 07CV6600

Dear Dan and Pete:

I have completed my review of the claim file and believe the production is incomplete. Perhaps I overlooked some of the documentation due to the size of the file, but we are supplementing our Rule 26(a) disclosures to include the following:

- Physical Residual Functional Capacity Questionnaire completed by Christopher Bergin, M.D. dated March 30, 2007 – this document was submitted with our letter to Michelle Miller dated April 10, 2007 (LINA 0422) but was not contained in the record
- Letter to Medha Bharadwaj dated April 30, 2007

Copies of the above-referenced documents are enclosed.

We are also serving discovery with this letter – a request for production of documents seeking production of all plan documents relevant to Ms. Bake's disability coverage through Corus and related information. We are also enclosing a notice of deposition.

Finally, please let us know if you are willing to consent to the exercise of jurisdiction by the Magistrate Judge.

Very truly yours,

Mark D. DeBofsky
MDD/ms

Enclosure