## PHYSICAL RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE

To: _Dr. Christopher Bergin_ (Doctor)

Re: _Janice Bake_ (Name of Patient)

_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_ (Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach all relevant treatment notes, radiologist reports, laboratory and test results that have not been provided previously to the Social Security Administration.*

1. Frequency and length of contact: _____

2. Diagnoses: _Cervical Myelopathy, Thoracic/Lumbar Spondylosis_

3. Prognosis: _fair/poor_

4. List your patient's *symptoms*, including pain, dizziness, fatigue, etc:
   _Chronic neck pain - B UE pain, Thoracic back pain_

5. If your patient has pain, characterize the nature, location, frequency, precipitating factors, and severity of your patient's pain:
   _Multiple areas of spine pain - chronic neurologic diagnosis._

6. Identify the clinical findings and objective signs:
   _See attached notes._

7. Describe the treatment and response including any side effects of medication that may have implications for working, e.g., drowsiness, dizziness, nausea, etc:
   _____

8. Have your patient's impairments lasted or can they be expected to last at least twelve months?   **X** Yes   ___ No

9. Is your patient a malingerer?   ___ Yes   **X** No

10. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?   ___ Yes   **X** No

11. Identify any psychological conditions affecting your patient's physical condition:

    ___ Depression
    ___ Somatoform disorder
    ___ Psychological factors affecting physical condition

    ___ Anxiety
    ___ Personality disorder
    ___ Other: _none_

1

12. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?

    **X** Yes      __ No

    If no, please explain: _____

13. How often during a typical workday is your patient's experience of pain or other symptoms severe enough to interfere with **attention and concentration** needed to perform even simple work tasks?

    __ Never    __ Rarely    __ Occasionally    __ Frequently    **X** Constantly

    *For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.*

14. To what degree can your patient tolerate work stress?

    **X** Incapable of even "low stress" jobs      __ Capable of low stress jobs

    __ Moderate stress is okay      __ Capable of high stress work

    Please explain the reasons for your conclusion: *Chronic pain*

15. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation*.

    a. How many city blocks can your patient walk without rest or severe pain? *0*

    b. Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc.

    Sit: 0 5 10 15 **(20)** 30 45 Minutes      1 2 **(More than 2)** Hours ~~crossed out~~

    c. Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc.

    Stand: 0 5 10 15 **(20)** 30 45 Minutes      1 2 **More than 2 Hours** ~~crossed out~~

    d. Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

    | Sit | Stand/walk | |
    |---|---|---|
    | ✓ | ✓ | less than 2 hours |
    | __ | __ | about 2 hours |
    | __ | __ | about 4 hours |
    | __ | __ | at least 6 hours |

    e. Does your patient need to include periods of walking around during an 8-hour working day? *prn*    **X** Yes    __ No

    1) If yes, approximately how *often* must your patient walk?

    1 5 10 15 20 30 45 60 90 Minutes    *prn*

2

2) How *long* must your patient walk each time?

<u>1 2 3 4 5 6 7 8 9 10 11 12 13 14 15</u> prn
Minutes

f. Does your patient need a job that permits shifting positions *at will* from sitting, standing or walking?
X Yes ___ No

g. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day?
___ Yes ___ No

If yes, 1) how *often* do you think this will happen?
2) how *long* (on average) will your patient have to rest before returning to work?   N/a

h. With prolonged sitting, should your patient's leg(s) be elevated?
prn   ___Yes ___No

If yes, 1) how *high* should the leg(s) be elevated?
2) if your patient had a sedentary job, *what percentage of time* during an 8 hour working day should the leg(s) be elevated?

i. While engaging in occasional standing/walking, must your patient use a cane or other assistive device?
prn   X Yes ___ No

j. How many pounds can your patient lift and carry in a competitive work situation?

|  | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. |  | X |  |  |
| 10 lbs. | X |  |  |  |
| 20 lbs. | X |  |  |  |
| 50 lbs. | X |  |  |  |

k. How often can your patient perform the following activities?

|  | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Look down (sustained flexion of neck) | X |  |  |  |
| Turn head right or left |  | X |  |  |
| Look up |  | X |  |  |
| Hold head in static position |  | X |  |  |

l. How often can your patient perform the following activities?

|  | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist |  | X |  |  |
| Stoop (bend) |  | X |  |  |
| Crouch/ squat |  | X |  |  |
| Climb ladders |  | X |  |  |
| Climb stairs |  | X |  |  |

3

m. Does your patient have significant limitations with reaching, handling or fingering?
✗ Yes ___ No

*unable* ⟨ If yes, please indicate the percentage of time during an 8-hour working day that your patient can use hands/fingers/arms for the following activities: **n/a**

| | HANDS: Grasp, Turn Twist Objects | FINGERS: Fine Manipulations | ARMS: Reaching (incl. Overhead) |
|---|---|---|---|
| Right: | % | % | % |
| Left | % | % | % |

n. Are your patient's impairments likely to produce "good days" and "bad days"?
___ Yes ___ No

If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment: **n/a**

___ Never
___ About one day per month
___ About two days per month
___ About three days per month
___ About four days per month
___ More than four days per month

*Patient unable to hold a job due to condition.*

16. Please attach an additional page to describe any other limitations (such as psychological limitations, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis.

17. What is the earliest date that the description of symptoms *and limitations* in this questionnaire applies?
**1/30/07**

Date: **3/30/07**

Signature: *[signed]*

Printed/Typed Name: **CHRIS BERGIN MD**
Address: **9000 WAUKEGAN RD**
**MORTON GROVE, IL**
**60053) 847-324-3935**

7-28a
3/02
§258.1

Return to: Daley, DeBofsky & Bryant, 55 W. Monroe, Suite 2440, Chicago, IL 60603

4