IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JANICE BAKE** )<br>)<br>**Plaintiff** )<br>)<br>vs. )<br>)<br>**LIFE INSURANCE COMPANY OF** )<br>**NORTH AMERICA** )<br>)<br>**Defendant.** )<br>) | Case No.: 07 C 6600<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cox |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by its attorneys, HINSHAW & CULBERTSON LLP, respectfully moves this Honorable Court for a ten day extension of time, up to August 4, 2008, to file its reply to plaintiff's response to LINA's motion for summary judgment, stating as follows:

1. Plaintiff filed her response to LINA's motion for summary judgment on July 11, 2008. LINA's reply in support of the motion is due July 25, 2008.

2. LINA respectfully requests a ten day extension of the deadline for LINA's reply, from July 25, 2008 to August 4, 2008.

3. The requested extension is necessary for LINA's counsel to prepare a draft of the reply and obtain the comments of LINA's in-house counsel regarding the brief. Lead counsel for LINA is on vacation during the weeks of July 20 and July 27, 2008. The attorney with responsibility for drafting LINA's reply brief was out of the office the week plaintiff filed the response, and spent the most of the following two weeks on a complex brief and depositions in two earlier-filed cases. Because of these absences and professional commitments, LINA's counsel cannot complete LINA's reply brief by the current deadline of July 25, 2008.

6344578v1 884636

4. In a phone conversation on July 23, 2008, counsel for plaintiff told the undersigned that he agreed to the ten day extension requested in this motion.

WHEREFORE, Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, respectfully requests that this Honorable Court grant it a ten day extension, from July 25, 2008 to August 4, 2008, to file its reply in support of its motion for summary judgment.

Respectfully submitted:

LIFE INSURANCE COMPANY OF NORTH AMERICA

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street - S. 300
Chicago, Illinois 60601
(312) 704-3000
**Fax:** (312) 704-3001

By:    /s/ Peter E. Pederson
       One of its Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on July 25, 2008, I e-filed this document using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified below.

s/ Peter E. Pederson

## SERVICE LIST

Mark D. DeBofsky, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603

6344578v1 884636