**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Janice Bake
                        Plaintiff,

v.                                             Case No.: 1:07−cv−06600
                                                    Honorable Samuel Der−Yeghiayan

Life Insurance Company of North America
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant Life Insurance Company of North America's motion for extension of time to file reply brief to its motion for summary judgment [32] is granted to and including 08/04/08. Status hearing set for 08/27/08 at 9:00 a.m. to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.