## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6600 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Janice Bake vs. Life Insurance Company of North America | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 08/26/08, Defendant's motion for summary judgment [23] is denied and Plaintiff's request for fees and costs are denied. Status hearing set for 08/27/08 at 9:00 a.m. to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|