UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Janice Bake
                                Plaintiff,

v.                              Case No.: 1:07−cv−06600
                                Honorable Samuel Der−Yeghiayan

Life Insurance Company of North
America
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 10/28/08 at 9:00 a.m. At the parties' request, the instant action is hereby referred to the Designated Magistrate Judge for a settlement conference. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.