UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Janice Bake
                               Plaintiff,

v.                                     Case No.: 1:07−cv−06600
                                           Honorable Samuel Der−Yeghiayan

Life Insurance Company of North America
                               Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Susan E. Cox for the purpose of holding proceedings related to: Settlement Conference. (mw, )Mailed notice.

Dated: August 27, 2008

                                                                    /s/ Samuel Der−Yeghiayan

                                                                        United States District Judge