**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Janice Bake
                                  Plaintiff,

v.                                                  Case No.: 1:07–cv–06600
                                                        Honorable Samuel Der–Yeghiayan

Life Insurance Company of North America
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Settlement conference set for 10/7/08 at 1:30 p.m. The parties are directed to review and to comply with Judge Cox's Standing Order Setting Settlement Conference. Copies are available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. Plaintiff's counsel shall deliver or fax copies of their most recent settlement demands and offers at least (5) business days before the conference. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.